# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CANARY CONNECT, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO.:**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Backertop Licensing, LLC, certifies that no publicly held corporation owns 10% or more of its stock.

April 28, 2022

Respectfully Submitted,

CHONG LAW FIRM PA

/s/ Jimmy Chong
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

**ATTORNEY FOR PLAINTIFF**
**BACKERTOP LICENSING LLC**