# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BACKERTOP LICENSING LLC, | |
| Plaintiff, | C.A. No. 22-0572-CFC |
| v. | |
| CANARY CONNECT, INC., | |
| Defendant. | |

### DEFENDANT CANARY CONNECT, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Canary Connect, Inc. ("Canary Connect") states it is a wholly-owned subsidiary of Smartfrog Ltd. and Canary Holdings, Inc. and that Smartfrog Ltd. and Canary Holdings, Inc. have no parent entity and no publicly-held corporation indirectly owns more than 10% of Canary Connect, Inc.

2

        Respectfully submitted,

        CONNOLLY GALLAGHER LLP

OF COUNSEL:

*/s/ Alan R. Silverstein*
Alan R. Silverstein (#5066)
Mark K. Suri
1201 N. Market Street, 20th Floor
HINSHAW & CULBERTSON LLP
Wilmington, DE 19801
151 North Franklin Street, Suite 2500
(302) 757-7300
Chicago, IL 60606
asilverstein@connollygallagher.com
(312) 704-3000
msuri@hinshawlaw.com

*Attorneys for Defendant, Canary Connect, Inc.*

Dated: July 21, 2022

2