IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-572-CFC |
| | ) | |
| CANARY CONNECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-573-CFC |
| | ) | |
| AUGUST HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

Whereas the amended corporate disclosure forms Plaintiff filed in the above-captioned cases identify Lori LaPray as Plaintiff's owner; and

Whereas the Court has concerns about whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

NOW THEREFORE, at Wilmington this Twelfth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on November 10, 2022 at 10:00 a.m. an evidentiary hearing to determine whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

2. The following individuals shall attend the hearing in person: Jimmy Chong; Ronald Burns; and Lori LaPray.

                                                                                           */s/ Colm F. Connolly*
                                                                                                      CHIEF JUDGE