**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**CANARY CONNECT, INC.,**<br><br>    Defendant. | Civil Action No.: 1:22-cv-00572<br><br>**TRIAL BY JURY DEMANDED** |

### JOINT STIPULATION OF DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)

Now comes Plaintiff, Backertop Licensing LLC and Defendant, Canary Connect, Inc., by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), hereby jointly stipulate and agree as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant Canary Connect, Inc. in the within action With Prejudice with each party bearing their own costs and fees.

Defendant voluntarily dismisses any and all of its counterclaims asserted against Plaintiff Backertop Licensing LLC in the within action Without Prejudice with each party bearing their own costs and fees.

Dated: April 21, 2023

Respectfully submitted,

*/s/Jimmy Chong*
Jimmy Chong (#4839)
CHONG LAW FIRM PA
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

*/s/Alan R. Silverstein*
Alan R. Silverstein (#5066)
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
(302) 757-7300
asilverstein@connollygallagher.com
*Attorneys for Defendant*

Together with:

*/s/Ronald Burns*
Ronald Burns
Fresh IP PLC
5999 Custer Road, Suite 110-507
Frisco, TX 75035
(972) 632-9009
ron@freship.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record have been served through ECF notice this 21 day of April, 2023.

*/s/Jimmy Chong*
Jimmy Chong (#4839)
CHONG LAW FIRM PA
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com