# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,** | |
| Plaintiff, | CIVIL ACTION NO.: 1:22-cv-572-CFC |
| v. | JURY TRIAL DEMANDED |
| **CANARY CONNECT, INC.,** | |
| Defendant. | |
| **BACKERTOP LICENSING LLC,** | |
| Plaintiff, | CIVIL ACTION NO.: 1:22-cv-573-FC |
| v. | JURY TRIAL DEMANDED |
| **AUGUST HOME, INC.,** | |
| Defendant. | |

## MOTION AND ORDER FOR WITHDRAW
## OF JIMMY CHONG, ESQ AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.7, Jimmy Chong, Esq respectfully requests to the withdrawal of counsel of Jimmy Chong, Esq, from the Chong Law Firm, P.A. for Plaintiff Backertop Licensing LLC in the above-captioned matters. Good cause exists for the withdraw of Jimmy Chong of the Chong Law Firm, P.A. as counsel, in that attorney is unable to effectively communicate with Client in a manner

consistent with good attorney-client relations. Withdraw can be accomplished without material adverse effect on the interests of Plaintiff.

Backertop Licensing LLC opposes the withdraw. A copy of this motion has been provided to all parties.

## CERTIFICATE OF COUNSEL

The undersigned counsel contacted counsel for Defendants, however, at the time of filing, Canary Connect Inc. has yet to respond to its position on the matter. August Home, Inc., opposes the motion.

Dated: April 25, 2023                     Respectfully submitted,

CHONG LAW FIRM P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Email: chong@chonglawfirm.com
ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE