From: Ronald Burns <rburns@burnsiplaw.com>
Sent: Tuesday, April 25, 2023 9:39 AM
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@ded.uscourts.gov>
Subject: Follow up to conversation with Joel - Local Rule 83.7 Withdrawals for Ronald W Burns

**CAUTION - EXTERNAL:**

Ms. ▓▓▓▓

Per the instructions from my conversation with Joel, just a few minutes ago, I am sending you my Local Rule 83.7 Withdrawals for filing, due to the fact that I cannot get a response from my local counsel. Time is of the essence, because I've started a new job, and do not and cannot represent the plaintiff any longer.

The case numbers involved are 1:22-cv-572 and 1:22-cv-573.

Would you kindly please confirm that you've received these documents, and please let me know if there are any questions or issues? Thank you in advance for your assistance!

Sincerely,

Ronald W. Burns
972-632-9009

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.