# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**  Plaintiff,  v.  **CANARY CONNECT, LLC,**  Defendant. | Civil Action No.: 1:22-cv-00572-CFC |
| **BACKERTOP LICENSING LLC,**  Plaintiff,  v.  **AUGUST HOME, INC.,**  Defendant. | Civil Action No.: 1:22-cv-00573-CFC |

## NOTICE OF UNAVAILABILITY OF MS. LORI LAPRAY REGARDING THE JUNE 8, 2023 HEARING AND REQUEST TO APPEAR TELEPHONICALLY

1

Plaintiff Backertop Licensing LLC ("Backertop") respectfully submits this notice to inform the Court that Ms. Lori LaPray is unavailable to attend the June 8, 2023 hearing in-person and is unavailable to travel to Delaware for the foreseeable future. Ms. LaPray is unable to physically attend due to her traveling during the June 8, 2023 hearing date, her work obligations as a paralegal, and family obligations this summer. Attached to this notice is a sworn declaration from Ms. LaPray regarding her scheduling issues that prevent her from attending a hearing in-person in Delaware.

Ms. LaPray would be able to make arrangements to attend the June 8, 2023 hearing at 10:00am Eastern time telephonically. Accordingly, Ms. LaPray respectfully requests the Court permit Ms. LaPray to appear for the June 8, 2023 hearing telephonically. Backertop and Ms. LaPray respectfully submit this notice and request not for any purposes of delay, but only due to Ms. LaPray's scheduling issues.

| | |
|---|---|
| Dated: May 9, 2023 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Ronald Burns (*pro hac vice*)<br>Fresh IP PLC<br>5999 Custer Road, Suite 110-507<br>Frisco, TX 75035<br>(972) 632-9009<br>ron@freship.com | */s/Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |