# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CANARY CONNECT, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00572-CFC |
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUGUST HOME, INC.**<br><br>Defendant. | Civil Action No.: 1:22-cv-00573-CFC |

## SWORN DECLARATION OF LORI LAPRAY

I, Lori LaPray, declare as follows:

1. I am the managing member and sole owner of Backertop Licensing LLC. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I understand the Court has a set a hearing on Mr. Burns and Mr. Chong's motions to withdraw for June 8, 2023 at 10:00am Eastern Time in Delaware.

3. I understand that I have been ordered to attend this hearing in person at the same date and time.

1

4. I am unavailable to travel to Delaware on June 8, 2023 for this hearing, or at any time in the foreseeable future.

5. I will be out of town and traveling between June 8, 2023 and June 15, 2023.

6. Outside of such dates, I, as a paralegal for my firm, Holmes Firm PC, have a number of trials and hearing throughout the entire summer that require my physical presence.

7. Additionally, my children are now out of school for the summer and my parental obligations require my physical presence.

8. Because of at least these reasons, I do not have the ability to travel to Delaware for this hearing in the foreseeable future.

9. I respectfully request that, to the extent my appearance is necessary for this hearing, that I be permitted to appear telephonically. I can make arrangements to appear by telephone on June 8, 2023 at 10:00am Eastern Time.

10. I would also like to note that on behalf of Backertop Licensing LLC ("Backertop"), Backertop's position regarding the motions to withdraw is simply that it cannot be left without counsel to represent Backertop in these matters. Backertop needs to have an attorney who can provide counsel, appear at hearings, and file documents. Other than this, Backertop has no opinion on the respective motions to withdraw.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Lori LaPray
Managing Member, Backertop Licensing LLC

State of Texas
County of __Dallas__
Before me, __Vanessa Jacobs__ (insert the name and character of the officer), on this day personally appeared __Lori LaPray__ (insert name of signatory), known to me (or proved to me on the oath of or through __Driver's License__ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __9th__ day of __May__, 2023.

**VANESSA DAWN JACOBS**
Notary Public, State of Texas
Comm. Expires 09-17-2024
Notary ID 3538504

(Personalized Seal)                                         Notary Public's Signature

3