# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CANARY CONNECT, LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00572-CFC |
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUGUST HOME, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00573-CFC |

## NOTICE OF COMPLIANCE WITH COURT'S MARCH 31, 2023 MEMORANDUM ORDER

1

Plaintiff Backertop Licensing LLC ("Backertop") hereby submits notice to the Court that it has complied with the Court's March 31, 2023 Memorandum Order ("Memorandum Order") (1:22-cv-00572-CFC, Dkt. #25), as modified by the Court's May 1, 2023 Memorandum Opinion extending the time to comply to May 9, 2023 (1:22-cv-00527-CFC, Dkt. #32).  Backertop has delivered hard copies and a USB thumb-drive containing Backertop's document production in response to the Memorandum Order to the Court on this 9th day of May, 2023.

| | |
|---|---|
| Dated: May 9, 2023 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Ronald Burns (*pro hac vice*)<br>Fresh IP PLC<br>5999 Custer Road, Suite 110-507<br>Frisco, TX 75035<br>(972) 632-9009<br>ron@freship.com | */s/Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |