# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CANARY CONNECT, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00572-CFC |
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUGUST HOME, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00573-CFC |

## MOTION TO EXTEND TIME TO RESPOND TO THE COURT'S MAY 31, 2023 ORDER REGARDING THE JULY 20, 2023 HEARING

On May 31, 2023, the Court issued an Order requiring Ms. Lori LaPray to appear for an in person hearing on July 20, 2023 and "[i]f a hearing on that date presents exceptional difficulties for Ms. LaPray, then she needs to submit to the Court no later than June 7, 2023 affidavits and supporting documentation demonstrating exactly why that is the case and propose a range of alternative date in July for a hearing." 1:22-cv-572-CFC, D.I. 37 at 6.

Ms. LaPray requests an additional seven (7) days, to June 14, 2023, to determine whether it is feasible for her to attend the July 20, 2023 hearing.

Defendant Canary Connect, Inc. takes no position and Defendant August Home does not oppose the motion. The requested extension will not prejudice any party.

Dated: June 6, 2023    Respectfully submitted,

CHONG LAW FIRM P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on June 6, 2023 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                   */s/ Jimmy Chong*_____  
                                                   Jimmy Chong (#4839)