**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

J



**Monday, May 22, 2023 to Monday, June 19, 2023**

## Monday, May 22, 2023

| Time | Case No. | Case | Type |
|---|---|---|---|
| 9:30 AM CJB | 1:10-cv-00646-SB | Brathwaite v. Phelps et al  Telephonically | Teleconference re Mediation  Doc: 293 |
| 10:00 AM RGA | 1:21-cv-01411-RGA-JLH | Allergan, Inc. et al v. Revance Therapeutics, Inc. et al  Courtroom 6A | Status Conference  Doc: 132 |
| 11:00 AM JDW | 1:18-cv-01530-JDW | MED-EL Elektromedizinische Gerate Ges.m.b.H. et al v. Advanced Bionics, LLC  Telephonically | Telecnf |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

**Monday, May 22, 2023**

| | | | |
|---|---|---|---|
| CJB | 1:19-cv-00731-GBW-CJB | ECB USA, Inc. et al v. Savencia, S.A. et al<br>Virtually | Videoconference<br>Doc: 387 |
| 2:00 PM RGA | 1:19-cr-00030-RGA-1 | USA v. Brian Flagg<br>Courtroom 6A | Revocation Superv Rls-FinalHrg |
| JLH | 1:21-cv-01453-RGA-JLH | Samsung Electronics Co., Ltd. et al v. Netlist, Inc.<br>To Be Determined | Motion Hearing<br>Doc: 63 |
| 3:30 PM RGA | 1:21-cr-00005-RGA-2 | USA v. Dawine Harmon<br>Courtroom 6A | Change of Plea Hearing<br>Doc: 57 |

**Tuesday, May 23, 2023**

| | | | |
|---|---|---|---|
| 10:00 AM RGA | 1:23-cr-00025-RGA-1 | USA v. Juan Juarez - Gutierrez<br>Courtroom 6A | Change of Plea Hearing<br>Doc: 22 |
| 11:00 AM JLH | 1:21-cv-00741-MN-JLH | Definition Services Inc. v. GVA Capital Ltd.<br>Telephonically | Telecnf<br>Doc: 117 |
| CJB | 1:21-cv-01592-CJB | The Nielsen Company (US), LLC v. TVision Insights, Inc.<br>Courtroom 2A | Markman Hearing<br>Doc: 85 |
| SRF | 1:21-cv-01599-RGA | Enzolytics, Inc. v. Cimarron Capital, Ltd.<br>Courtroom 6C | Motion Hearing<br>Doc: 53 |
| SRF | 1:21-cv-01600-RGA | Enzolytics, Inc. v. Kona Concepts, Inc.<br>Courtroom 6C | Motion Hearing<br>Doc: 54 |
| CJB | 1:22-cv-00057-CJB | The Nielsen Company (US), LLC v. TVision Insights, Inc.<br>Courtroom 2A | Markman Hearing<br>Doc: 60 |
| 1:30 PM JLH | 1:22-cv-00064-JLH | Ally Financial Inc. v. U.S. Specialty Insurance Company<br>Telephonically | Scheduling Conference<br>Doc: 53 |
| 2:00 PM JPM | 1:21-cv-01377-JPM | Aortic Innovations LLC v. Edwards Lifesciences Corporation et al<br>Virtually | Scheduling Conference<br>Doc: 126 |
| 3:00 PM RGA | 1:21-cv-01694-RGA | Ferring Pharmaceuticals Inc. et al v. Finch Therapeutics Group, Inc. et al<br>Courtroom 6A | Discovery Conference<br>Doc: 176 |
| JLH | 1:22-mc-00297-MN-JLH | In Re: Orckit IP, LLC<br>Telephonically | Discovery Conference<br>Doc: 16 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Wednesday, May 24, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 8:45 AM MAK | 1:23-cv-00452-MAK | Likins v. Compucaddy, LLC et al<br>Telephonically | Status Conference<br>Doc: 10 |
| 10:00 AM RGA | | Rmk: Before Honorable Judge Andrews<br>Courtroom 6A | Attorney Admission Ceremony |
| JLH | 1:22-mc-00552-MN-JLH | In re: Request from The Bahamas<br>Telephonically | Discovery Conference<br>Doc: 23 |
| 11:00 AM RGA | 1:21-cv-01133-RGA | Overington v. Fisher et al<br>Courtroom 6A | Discovery Conference<br>Doc: 41 |
| SRF | 1:22-cv-01059-SRF | Finney v. Delaware Department of Transportation | Initial Conference - Rule 16<br>Doc: 25 |
| JPM | 1:23-cv-00354-JPM | Wonderland Switzerland AG v. Evenflo Company, Inc.<br>Virtually | Scheduling Conference<br>Doc: 8 |
| 2:00 PM SRF | 1:18-cv-01647-RGA-SRF | Carrum Technologies, LLC v. Ford Motor Company<br>Courtroom 6C | Motion Hearing<br>Doc: 247 |
| RGA | 1:22-cr-00118-RGA-1 | USA v. Rene Lobos Lobos<br>Courtroom 6A | Sentencing<br>Doc: 17 |

## Thursday, May 25, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 10:00 AM SRF | 1:21-cv-00831-JLH | Raffan v. The United States of America<br>Courtroom 6C | Mediation Conference<br>Doc: 24 |
| JLH | 1:21-cv-01483-MN | Prior v. State of Delaware Division of Developmental Disabilities Services et al<br>To Be Determined | Motion Hearing<br>Doc: 21 |
| JLH | 1:21-cv-01483-MN | Prior v. State of Delaware Division of Developmental Disabilities Services et al<br>To Be Determined | Motion Hearing<br>Doc: 21 |
| 2:00 PM TMH | 1:22-cv-01135-TMH | Central States, Southeast and Southwest Areas Pension Fund et al v. Laguna Dairy, S. de R.L. de C.V. et al<br>Courtroom 6B | Motion Hearing |
| 3:00 PM JLH | 1:20-cv-00358-RGA-JLH | ViaTech Technologies, Inc. v. Adobe Inc.<br>Telephonically | Discovery Conference<br>Doc: 205 |

## Tuesday, May 30, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 9:00 AM RGA | 1:22-cv-00782-RGA | Belden Canada ULC v. CommScope, Inc. et al<br>Courtroom 6A | Scheduling Conference<br>Doc: 26 |
| RGA | 1:22-cv-00783-RGA | Belden Inc. v. CommScope, Inc. et al<br>Courtroom 6A | Scheduling Conference<br>Doc: 25 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Tuesday, May 30, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 10:00 AM RGA | 1:23-cv-00083-RGA | Senko Advanced Components, Inc. v. US Conec, Ltd.<br>Courtroom 6A | Scheduling Conference<br>Doc: 14 |
| 1:00 PM CJB | 1:20-cv-00361-GBW-CJB | Speyside Medical, LLC v. Medtronic Corevalve, LLC et al<br>Virtually | Videoconference<br>Doc: 245 |
| 3:00 PM GBW | 1:20-cv-00681-GBW | CAO Lighting, Inc. v. General Electric Company et al<br>Courtroom 6B | Pretrial Conference<br>Doc: 419 |
| GBW | 1:20-cv-00690-GBW | CAO LIGHTING, INC. v. OSRAM SYLVANIA, INC. et al<br>Courtroom 6B | Pretrial Conference<br>Doc: 378 |
| RGA | 1:21-cv-01478-RGA | San Rocco Therapeutics, LLC v. Bluebird Bio, Inc., et al.<br>Courtroom 6A | Scheduling Conference<br>Doc: 94 |
| JLH | 1:23-mc-00166-MN-JLH | In Re: Request from Germany<br>Telephonically | Discovery Conference |
| 4:00 PM JHS | 1:22-cv-00996-JHS | Kelly v. Hillandale Gettysburg, L.P.<br>Telephonically | Final Pretrial Conference<br>Doc: 26 |

## Wednesday, May 31, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 9:00 AM RGA | 1:23-cv-00213-RGA | Koh v. GearLaunch Inc.<br>Courtroom 6A | Scheduling Conference<br>Doc: 15 |
| 9:30 AM CFC | 1:19-cr-00059-CFC-1 | USA v. Antwyne Shamburger<br>Courtroom 4B | Revocation Superv Rls-FinalHrg<br>Doc: 71 |
| MFK | 1:20-cv-01012-MFK | MG FreeSites Ltd v. ScorpCast, LLC<br>Telephonically | Telecnf<br>Doc: 347 |
| RGA | 1:23-cv-00361-RGA | Murphy v. LifePoint Health, Inc.<br>Courtroom 6A | Scheduling Conference<br>Doc: 18 |
| RGA | 1:23-cv-00402-RGA | Hammond v. LifePoint Health, Inc.<br>Courtroom 6A | Scheduling Conference<br>Doc: 16 |
| 10:00 AM CFC | 1:20-cr-00026-CFC-1 | USA v. James Richard Smith<br>Courtroom 4B | Status Conference<br>Doc: 178 |
| JLH | 1:20-cv-01646-RGA-JLH | Ravgen, Inc. v. Ariosa Diagnostics, Inc. et al. | Markman Hearing<br>Doc: 140 |
| JLH | 1:20-cv-01730-RGA-JLH | Ravgen, Inc. v. Myriad Genetics, Inc. et al | Markman Hearing<br>Doc: 97 |
| JLH | 1:20-cv-01734-RGA-JLH | Ravgen, Inc. v. Biora Therapeutics, Inc. | Markman Hearing<br>Doc: 101 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Wednesday, May 31, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| RGA | 1:22-cr-00059-RGA-5 | USA v. Hoang Nguyen<br>Courtroom 6A | Sentencing<br>Doc: 76 |
| 11:00 AM SRF | 1:21-cv-00291-RGA-SRF | TaKaDu Ltd. v. Innovyze LLC | Motion Hearing<br>Doc: 120 |
| MN | 1:22-cr-00011-MN-4 | USA v. Michael Hermann<br>Courtroom 4A | Change of Plea Hearing<br>Doc: 137 |
| 11:30 AM CFC | 1:22-cr-00081-CFC-1 | USA v. James Walker<br>Courtroom 4B | Misc. Hearing |
| RGA | 1:23-cv-00186-RGA | Samsung Electronics Co., Ltd. v. Technical Consumer Products, Inc.<br>Courtroom 6A | Scheduling Conference<br>Doc: 14 |
| 1:00 PM CFC | 1:21-cv-00245-CFC | Graco Inc. et al v. Carlisle Construction Materials, LLC<br>Courtroom 4B | Markman Hearing |
| GBW | 1:22-cv-00035-GBW | Lindis Biotech, GmbH v. Amgen Inc.<br>Courtroom 6B | Markman Hearing<br>Doc: 80 |
| 2:00 PM RGA | 1:22-cr-00069-RGA-1 | USA v. Devon Miller<br>Courtroom 6A | Sentencing<br>Doc: 29 |
| SRF | 1:22-cv-00319-MN-SRF | Gordian Medical, Inc. et al v. Vaughn et al | Motion Hearing<br>Doc: 94 |
| 4:00 PM JHS | 1:22-cv-01172-JHS | Gray v. Allen Harim Foods, LLC et al<br>Telephonically | Pretrial Conference<br>Doc: 14 |

## Thursday, June 1, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 8:45 AM MAK | 1:23-cv-00261-MAK | Lentz v. Ballymore Company, Inc.<br>Telephonically | Pretrial Conference<br>Doc: 9 |
| 10:00 AM EJW | 1:15-cv-00897-EJW | Jaroslawicz v. M&T Bank Corporation et al<br>To Be Determined | Oral Argument<br>Doc: 205 |
| CFC | 1:17-cv-01751-CFC | Personal Audio LLC v. Google LLC<br>Courtroom 4B | Final Pretrial Conference |
| RGA | 1:22-cr-00054-RGA-2 | USA v. Stefano Saienni<br>Courtroom 6A | Sentencing<br>Doc: 38 |
| 11:00 AM RGA | 1:21-cv-01258-RGA | Diamond State Door, LLC v. Diamond State Pole Buildings, LLC<br>Courtroom 6A | Pretrial Conference<br>Doc: 55 |
| JLH | 1:22-cv-00928-MN | Rotolight Limited v. Videndum PLC et al<br>To Be Determined | Motion Hearing<br>Doc: 30 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Thursday, June 1, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 1:00 PM CFC | 1:20-cr-00043-CFC-1 | USA v. Davine Boyce<br>Courtroom 4B | Sentencing |
| GBW | 1:22-cv-00332-GBW | Ddrops Company et al v. MOM Enterprises, LLC,<br>Courtroom 6B | Markman Hearing<br>Doc: 30 |
| 2:00 PM SRF | 1:15-cv-00108-RGA-SRF | International Construction Products LLC v. Caterpillar Inc. et al | Motion Hearing<br>Doc: 534 |
| RGA | 1:22-cr-00059-RGA-4 | USA v. Eladio Otero<br>Courtroom 6A | Sentencing<br>Doc: 85 |
| MN | 1:23-cr-00007-MN-1 | USA v. Fernando Rodriguez<br>Courtroom 4A | Sentencing<br>Doc: 17 |
| 3:00 PM CFC | 1:21-cv-00547-CFC | Taylor v. American Van Lines, Inc.<br>Courtroom 4B | Final Pretrial Conference |
| 3:30 PM RGA | 1:20-md-02930-RGA | In re: Entresto (Sacubitril/Valsartan) Patent Litigation<br>Courtroom 6A | Scheduling Conference<br>Doc: 1019 |
| RGA | 1:22-cv-01395-RGA | Novartis Pharmaceuticals Corporation v. Alembic Pharmaceuticals Limited et al<br>Courtroom 6A | Scheduling Conference<br>Doc: 62 |
| RGA | 1:23-cv-00401-RGA | Novartis Pharmaceuticals Corporation v. Nanjing Noratech Pharmaceutical Co., Limited<br>Courtroom 6A | Scheduling Conference<br>Doc: 11 |

## Friday, June 2, 2023

| Time/Judge | Case No. | Case | Type |
|---|---|---|---|
| 8:30 AM RGA | 1:22-cv-00979-RGA-SRF | Cargill, Incorporated et al v. Vantage Specialty Chemicals, Inc.<br>Courtroom 6A | Markman Hearing<br>Doc: 51 |
| 9:30 AM MFK | 1:21-cv-01338-MFK | Puma Biotechnology, Inc. v. AstraZeneca Pharmaceuticals LP et al<br>Telephonically | Motion Hearing<br>Doc: 176 |
| MFK | 1:22-cv-00261-MFK | 10X Genomics, Inc. et al v. NanoString Technologies, Inc.<br>Telephonically | Telecnf<br>Doc: 128 |
| 9:45 AM LPS | 1:18-cv-00819-LPS | Xcoal Energy & Resources v. Bluestone Energy Sales Corporation et al | Telecnf<br>Doc: 214 |
| 10:00 AM JLH | 1:21-cv-01448-JLH | Starz Entertainment, LLC v. VL Collective IP, LLC et al<br>Telephonically | Discovery Conference<br>Doc: 177 |
| 10:30 AM MFK | 1:22-cv-00595-MFK | 10X Genomics, Inc. et al v. Vizgen, Inc.<br>Telephonically | Status Conference<br>Doc: 152 |
| MFK | 1:22-cv-01375-MFK | Nanostring Technologies, Inc. v. 10X Genomics, Inc.<br>Telephonically | Status Conference<br>Doc: 41 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

### Friday, June 2, 2023

| Time | Case No. | Case | Type |
|---|---|---|---|
| 3:00 PM JLH | 1:22-cv-00304-RGA-JLH | Robocast, Inc. v. Youtube, LLC. et al  Telephonically | Discovery Conference  Doc: 70 |
| JLH | 1:22-cv-00305-RGA-JLH | Robocast, Inc. v. Netflix, Inc.  Telephonically | Discovery Conference  Doc: 72 |

### Monday, June 5, 2023

| Time | Case No. | Case | Type |
|---|---|---|---|
| 8:45 AM MAK | 1:23-cv-00185-MAK | Guessford v. Douglas et al  Telephonically | Pretrial Conference  Doc: 9 |
| 9:15 AM MFK | 1:17-cv-01574-MFK | Dasso International, Inc. et al v. MOSO North America, Inc., et al.  Courtroom 6A | Jury Trial  Doc: 377 |
| 10:00 AM MN | 1:18-cv-01359-MN | Intuitive Surgical, Inc. et al v. Auris Health, Inc.  Courtroom 4A | Motion Hearing  Doc: 438 |
| 11:00 AM CJB | 1:22-cv-00365-GBW-CJB | Hargett v. Infor (US), Inc.  Telephonically | Discovery Conference  Doc: 96 |
| 1:00 PM CJB | 1:18-cv-01892-JDW-CJB | Galderma Laboratories, L.P. et al v. Medinter US LLC et al  Virtually | Videoconference  Doc: 428 |

### Tuesday, June 6, 2023

| Time | Case No. | Case | Type |
|---|---|---|---|
| 8:45 AM MAK | 1:23-cv-00444-MAK | Bradley v. Target Corporation  Telephonically | Pretrial Conference  Doc: 6 |
| 9:00 AM CFC | 1:22-cr-00024-CFC-3 | USA v. Gerardo Rodriquez  Courtroom 4B | Sentencing  Doc: 108 |
| 9:15 AM MFK | 1:17-cv-01574-MFK | Dasso International, Inc. et al v. MOSO North America, Inc., et al.  Courtroom 6A | Jury Trial  Doc: 377 |
| 9:30 AM CJB | 1:21-cv-01695-MN-CJB | Diogenes Limited et al. v. DraftKings Inc.  Courtroom 2A | Motion Hearing  Doc: 74 |
| CJB | 1:22-cv-01345-CJB | The Nielsen Company (US), LLC v. TVision Insights, Inc.  Courtroom 2A | Motion Hearing  Doc: 29 |
| 11:30 AM CFC | 1:21-cr-00008-CFC-1 | USA v. Jose Antonio Rivera Chavez  Courtroom 4B | Sentencing  Doc: 53 |
| 1:30 PM CFC | 1:23-cv-00101-CFC | Novo Nordisk Inc. et al v. Viatris Inc. et al  Courtroom 4B | Scheduling Conference |
| 2:00 PM LFR | 1:21-cv-00590-LFR | Nix v. New Castle County et al  Philadelphia | Oral Argument  Doc: 69 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Tuesday, June 6, 2023

| | | | |
|---|---|---|---|
| MN | 1:23-cr-00008-MN-1 | USA v. Victor Rodriguez<br>Courtroom 4A | Sentencing<br>Doc: 16 |
| 2:30 PM<br>CFC | 1:21-cr-00043-CFC-1 | USA v. Felix Juan Arroyo Marrero<br>Courtroom 4B | Sentencing<br>Doc: 122 |

## Wednesday, June 7, 2023

| | | | |
|---|---|---|---|
| 9:00 AM<br>CFC | 1:20-cv-01240-CFC | Koninklijke Philips N.V. et al v. Dell Technologies, Inc. et al<br>Courtroom 4B | Markman Hearing |
| CFC | 1:20-cv-01241-CFC | Koninklijke Philips N.V. et al v. HP, Inc.<br>Courtroom 4B | Markman Hearing |
| CFC | 1:20-cv-01242-CFC | Koninklijke Philips N.V. et al v. Lenovo Group Ltd. et al<br>Courtroom 4B | Markman Hearing |
| CFC | 1:20-cv-01243-CFC | Koninklijke Philips N.V. et al v. Intel Corporation<br>Courtroom 4B | Markman Hearing |
| CFC | 1:20-cv-01246-CFC | Koninklijke Philips N.V. et al v. MediaTek Inc. et al<br>Courtroom 4B | Markman Hearing |
| CFC | 1:22-cv-00235-CFC | Swirlate IP LLC v. Quantela, Inc.<br>Courtroom 4B | Markman Hearing<br>Doc: 21 |
| CFC | 1:22-cv-00249-CFC | Swirlate IP LLC v. Lantronix, Inc.<br>Courtroom 4B | Markman Hearing<br>Doc: 25 |
| 9:15 AM<br>MFK | 1:17-cv-01574-MFK | Dasso International, Inc. et al v. MOSO North America, Inc., et al.<br>Courtroom 6A | Jury Trial<br>Doc: 377 |
| 10:00 AM<br>MN | 1:08-cr-00045-MN-1 | USA v. Matthew Palmer<br>Courtroom 4A | Revocation Superv Rls-FinalHrg |
| 12:30 PM<br>CFC | 1:22-cv-01132-CFC | Williams v. Netflix, Inc.<br>Telephonically | Scheduling Conference<br>Doc: 31 |
| 1:00 PM<br>CFC | 1:21-cr-00080-CFC-1 | USA v. Seth T. Bayless<br>Courtroom 4B | Change of Plea Hearing<br>Doc: 49 |
| 2:00 PM<br>MN | 1:17-cr-00077-MN-1 | USA v. Rosscell Fuller<br>Courtroom 4A | Revocation Superv Rls-FinalHrg<br>Doc: 57 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Thursday, June 8, 2023

| Time/Judge | Case No. | Case Name / Location | Event |
|---|---|---|---|
| 9:15 AM MFK | 1:17-cv-01574-MFK | Dasso International, Inc. et al v. MOSO North America, Inc., et al. Courtroom 6A | Jury Trial Doc: 377 |
| 10:00 AM KAJ | 1:21-cv-01699-KAJ | Abbott Diabetes Care Inc. v. Dexcom, Inc. Chambers | Pretrial Conference Doc: 49 |
| KAJ | 1:21-cv-01699-KAJ | Abbott Diabetes Care Inc. v. Dexcom, Inc. Chambers | Pretrial Conference Doc: 49 |
| CFC | 1:22-cv-00572-CFC | Backertop Licensing LLC v. Canary Connect, Inc. Courtroom 4B | Motion Hearing Doc: 29 |
| CFC | 1:22-cv-00573-CFC | Backertop Licensing LLC v. August Home, Inc. Courtroom 4B | Motion Hearing Doc: 31 |
| KAJ | 1:22-cv-00605-KAJ | DexCom, Inc. v. Abbott Diabetes Care, Inc. et al Courtroom 4A | Pretrial Conference Doc: 176 |
| KAJ | 1:22-cv-00605-KAJ | DexCom, Inc. v. Abbott Diabetes Care, Inc. et al Courtroom 4A | Pretrial Conference Doc: 176 |
| 11:00 AM CJB | 1:21-cv-01591-CJB | The Nielsen Company (US), LLC v. Hyphametrics, Inc. Courtroom 2A | Markman Hearing Doc: 56 |
| 1:00 PM SRF | 1:23-cr-00032-CFC-1 | USA v. Justin Cabot Courtroom 6C | Detention Hearing Doc: 12 |
| SRF | 1:23-cr-00032-CFC-1 | USA v. Justin Cabot Courtroom 6C | Arraignment Doc: 12 |
| 2:00 PM JDW | 1:22-cv-00909-JDW | Veloxis Pharmaceuticals, Inc. v. Accord Healthcare, Inc. et al Telephonically | Telecnf Doc: 52 |
| 3:00 PM CFC | 1:22-cr-00119-CFC-1 | USA v. Marcelino German-Benitez Courtroom 4B | Sentencing Doc: 23 |
| JDW | 1:23-cv-00307-JDW | Aptiv Technologies Limited v. Microchip Technology, Inc. Philadelphia | Initial Conference - Rule 16 Doc: 20 |

## Friday, June 9, 2023

| Time/Judge | Case No. | Case Name / Location | Event |
|---|---|---|---|
| 9:15 AM MFK | 1:17-cv-01574-MFK | Dasso International, Inc. et al v. MOSO North America, Inc., et al. Courtroom 6A | Jury Trial Doc: 377 |
| 1:00 PM LPS | 1:21-cv-00385-JDW | LoganTree LP v. Fossil Group, Inc. | Final Pretrial Conference Doc: 44 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Monday, June 12, 2023

| Time/Judge | Case No. | Case / Location | Type |
|---|---|---|---|
| 8:30 AM<br>CFC | 1:17-cv-01751-CFC | Personal Audio LLC v. Google LLC<br>Courtroom 4B | Jury Trial |
| 4:30 PM<br>SB | 1:20-cv-00207-SB | Ringgold et al v. Holy House Shipping, AB et al<br>Courtroom 4A | Pretrial Conference<br>Doc: 20 |

## Tuesday, June 13, 2023

| Time/Judge | Case No. | Case / Location | Type |
|---|---|---|---|
| 8:30 AM<br>CFC | 1:17-cv-01751-CFC | Personal Audio LLC v. Google LLC<br>Courtroom 4B | Jury Trial |
| 10:00 AM<br>MN | 1:21-cr-00017-MN-1 | USA v. Junior Guerrero - Daniel<br>Courtroom 4A | Sentencing<br>Doc: 54 |
| SRF | 1:21-cv-01252-RGA | Zogenix, Inc. et al v. Apotex Inc. et al<br>Courtroom 6C | Motion Hearing<br>Doc: 143 |
| SRF | 1:22-cv-01232-RGA | Zogenix, Inc. et al v. Apotex Inc. et al<br>Courtroom 6C | Motion Hearing<br>Doc: 63 |
| 12:00 PM<br>CFC | 1:21-cr-00056-CFC-1 | USA v. Derek Hyland Callaway<br>Courtroom 4B | Sentencing<br>Doc: 60 |
| 2:00 PM<br>MN | 1:23-cr-00029-MN-1 | USA v. Yoel Baez Marte<br>Courtroom 4A | Change of Plea Hearing<br>Doc: 10 |

## Wednesday, June 14, 2023

| Time/Judge | Case No. | Case / Location | Type |
|---|---|---|---|
| 8:30 AM<br>CFC | 1:17-cv-01751-CFC | Personal Audio LLC v. Google LLC<br>Courtroom 4B | Jury Trial |
| 9:00 AM<br>GBW | 1:20-cv-00681-GBW | CAO Lighting, Inc. v. General Electric Company et al<br>Courtroom 6B | Bench Trial<br>Doc: 422 |
| GBW | 1:20-cv-00690-GBW | CAO LIGHTING, INC. v. OSRAM SYLVANIA, INC. et al<br>Courtroom 6B | Bench Trial<br>Doc: 381 |
| 9:30 AM<br>MFK | 1:21-cv-00653-MFK | 10X Genomics, Inc. et al v. Nanostring Technologies, Inc.<br>Telephonically | Status Conference |
| 10:00 AM<br>ER | 1:12-md-02358-ER | In Re: Google Inc. Cookie Placement Consumer Privacy Litigation<br>Philadelphia | Motion Hearing<br>Doc: 214 |
| MSG | 1:20-cv-00968-MSG | AbbVie Inc. et al v. Dr. Reddys Laboratories, Ltd. et al<br>To Be Determined | Markman Hearing<br>Doc: 174 |
| 12:00 PM<br>CFC | 1:22-cr-00022-CFC-1 | USA v. Cristian Pereira - Gonsalez<br>Courtroom 4B | Sentencing<br>Doc: 31 |

**PLEASE BE ADVISED CALENDAR SUBJECT TO CHANGE WITHOUT NOTICE**

## Wednesday, June 14, 2023

| 2:00 PM MN | 1:22-cr-00023-MN-1 | USA v. Jetheroe Tickles<br>Courtroom 4A | Sentencing<br>Doc: 37 |

## Thursday, June 15, 2023

| 8:30 AM CFC | 1:17-cv-01751-CFC | Personal Audio LLC v. Google LLC<br>Courtroom 4B | Jury Trial |
| 10:00 AM SRF | 1:22-cv-01087-MN-SRF | McInnis v. Hexcel Corporation et al | Status Conference<br>Doc: 77 |
| 11:00 AM CJB | 1:20-cv-01463-GBW-CJB | Bausch & Lomb Incorporated et al v. SBH Holdings LLC<br>Courtroom 2A | Markman Hearing<br>Doc: 42 |
| 12:00 PM CFC | 1:22-cr-00045-CFC-1 | USA v. Javier A. Rodriguez<br>Courtroom 4B | Sentencing<br>Doc: 30 |

## Friday, June 16, 2023

| 8:30 AM CFC | 1:17-cv-01751-CFC | Personal Audio LLC v. Google LLC<br>Courtroom 4B | Jury Trial |
| 9:00 AM WCB | 1:21-cv-00209-WCB | Kaneka Corporation v. Designs For Health, Inc., et al.<br>Telephonically | Final Pretrial Conference<br>Doc: 147 |
| 10:00 AM MN | 1:21-cv-00149-MN | Northwestern University v. Universal Robots A/S et al<br>Courtroom 4A | Markman Hearing<br>Doc: 130 |
| 10:30 AM JPM | 1:22-cv-00309-JPM | FUJIFILM Sonosite, Inc. v. Butterfly Network, Inc.<br>Courtroom 2A | Markman Hearing<br>Doc: 75 |