# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CANARY CONNECT, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00572-CFC |
| **BACKERTOP LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUGUST HOME, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00573-CFC |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S MAY 31, 2023 ORDER AND LEAVE FOR MS. LORI LAPRAY TO APPEAR AT THE COURT'S JULY 20, 2023 HEARING VIA VIDEOCONFERENCE

WHEREAS, Plaintiff has filed a Motion for Reconsideration of the Court's May 31, 2023 Order and Leave for Ms. Lori LaPray to Appear at the Court's July 20, 2023 Hearing via Videoconference; and

WHEREAS, the Court having considered the respective papers submitted;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Ms. Lori LaPray is hereby commanded to appear for the Court's July 20, 2023 hearing this

matter via videoconference. The clerk is instructed to provide videoconference instructions to counsel for Backertop for the benefit of Ms. LaPray.

Dated: _____

                                                UNITED STATES DISTRICT JUDGE