### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**  Plaintiff,  v.  **AUGUST HOME, INC.,**  Defendant. | Civil Action No.: 1:22-cv-00573-CFC |
| **BACKERTOP LICENSING LLC,**  Plaintiff,  v.  **CANARY CONNECT, INC.**  Defendant. | Civil Action No.: 1:22-cv-0572-CFC |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL THE JUNE 8, 2023 TRANSCRIPT

This Court, having considered Plaintiff's Motion to Seal the June 8, 20323 Transcript, and having considered Defendant's response thereto, if any;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The June 8, 2023 hearing transcript will be sealed and not made public.

SO ORDERED this ___ day of June, 2023.

_____
UNITED STATES CHIEF DISTRICT JUDGE