IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BACKERTOP LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CANARY CONNECT, INC., ) <br> ) <br> Defendant. ) | Civ. No. 22-572-CFC |
| BACKERTOP LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUGUST HOME, INC., ) <br> ) <br> Defendant. ) | Civ. No. 22-573-CFC |

## **ORDER**

Pending before me is Plaintiff's motion to seal the transcript of the June 8, 2023 hearing. No. 22-572, D.I. 42; No. 22-573, D.I. 45. The motion was filed on June 14, 2023.

At no point during the June 8 hearing did counsel ever ask for an opportunity to redact the transcript. On June 12, 2023, consistent with the Court's policies and practices, the transcript was made available at a public terminal in the

Clerk's Office and purchased copies of the transcript were provided to individuals by the court reporter.

NOW THEREFORE, at Wilmington on this Twentieth day of June in 2023, it is **HEREBY ORDERED** that Plaintiff's Motion to Seal the June 8, 2023 Transcript (No. 22-572, D.I. 42; No. 22-573, D.I. 45) is **DENIED AS MOOT**.

_____
CHIEF JUDGE