IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-572-CFC |
| | ) | |
| CANARY CONNECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-573-CFC |
| | ) | |
| AUGUST HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington on this Tenth day of July in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, it is

**HEREBY ORDERED** that Plaintiff's Motion for Reconsideration of the Court's

May 31, 2023 Order and Leave for Ms. Lori LaPray to Appear at the Court's July

20, 2023 Hearing via Videoconference (No. 22-572, D.I. 40; No. 22-573, D.I. 43) is

**DENIED**.

CHIEF JUDGE