

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

July 17, 2023

**VIA ECF**
Hon. Colm F. Connolly
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

      RE:   *Backertop Licensing LLC v. Canary Connect, LLC*
             Civil Action No. 1:22-cv-00572-CFC
             *Backertop Licensing LLC v. August Home, Inc*
             Civil Action No. 1:22-cv-00573-CFC

Dear Judge Connolly:

This letter is in regards to the above-captioned cases and your June 8 oral order requiring my law firm to re-produce the documents produced on May 9, 2023 by July 17, 2023 however identifying that the documents were produced directly from my law firm's records.

As you know, Backertop filed a Notice of Objection on July 12, and it does not authorize my firm to re-produce the documents and has retained Attorney David Finger to represent it.  For that reason, I am filing this letter.   I do not want to violate a Court Order and I do not want to violate my duties towards my client, Backertop Licensing, LLC.

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

I am local counsel for Backertop Licensing, LLC and was not involved in the drafting of the documents and only reviewed the documents prior to filing them. For that reason, I do not have any draft iterations of any documents but only have the final versions which were filed with the Court. All communications in my firm's possession were produced on May 8. I am taking all efforts not to violate the Court Order as well as not violating my duty to my client under the Attorney Client relationship. I will bring the documents to Court with my at the July 20 hearing.

Respectfully submitted,

CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com