IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-572-CFC |
| | ) | |
| CANARY CONNECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-573-CFC |
| | ) | |
| AUGUST HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Whereas the Court's May 31, 2023 Memorandum Order directed Ms. Lori LaPray to attend a hearing in person on July 20, 2023, No. 22-572, D.I. 37 at 8; No. 22-573, D.I. 40 at 8;

Whereas Plaintiff Backertop Licensing LLC filed a motion for reconsideration of the May 31, 2023 Memorandum Order and requested that the Court allow Ms. LaPray to appear at the July 20 Hearing via videoconference, No. 22-572, D.I. 40 at 1; No. 22-573, D.I. 43 at 1;

Whereas for the reasons stated in the Court's July 10, 2023 Memorandum Opinion (No. 22-572, D.I. 45; No. 22-573, D.I. 49), the Court issued an Order on July 10, 2023 denying Backertop's motion for reconsideration and request to allow Ms. LaPray to appear at the July 20 Hearing via videoconference, No 22-572, D.I. 46 at 1–2; No. 22-573, D.I. 50 at 1–2;

Whereas on July 12, 2023, Backertop filed a "Notice of Objection to and Non-Participation in Judicial Inquisition" (No. 22-572, D.I. 48; No. 22-573, D.I. 52), in which Backertop, joined by Ms. LaPray, gave "notice of its objection to the Judicial Inquisition initiated and conducted by the Court, and of its declining to participate any further in such inquisition," No. 22-572, D.I. 48 at 1; No. 22-573, D.I. 52 at 1;

Whereas Ms. LaPray did not attend the July 20 Hearing;

NOW THEREFORE, at Wilmington on this Twentieth day of July in 2023, it is **HEREBY ORDERED** that the Court will hold an in-person hearing on August 1, 2023 at 10:00 a.m., at which time Backertop and Ms. Lori LaPray will be afforded the opportunity to show cause for why Ms. LaPray should not be held in civil contempt for failing to comply with the Court's May 31, 2023 Memorandum Order and July 10, 2023 Order.

_____
CHIEF JUDGE
