FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)    Form 1    March 2023

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 1:22-cv-00572-CFC

Case title being appealed: Backertop Licensing L v. Canary Connect, Inc.

Date of final judgment or order being appealed: 05/31/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Ms. Lori LaPray and Backertop Licensing LLC

Date: 08/31/2023

Signature: /s/ David L. Finger

Name: David L. Finger

Address: Finger & Slanina, LLC

1201 N. Orange St., 7th fl.

Wilmington, DE 19801

Phone Number: 302-573-2525

Email Address: dfinger@delawgroup.com