# Exhibit A



ABOUT US     LOCATIONS     CONTACT     📞 (817) 284-7271         SEARCH 🔍

## Lucas
### FUNERALS & CREMATIONS

TRIBUTES     FLOWERS & GIFTS     WHAT WE DO     GRIEF & HEALING     RESOURCES     PLAN AHEAD



### Brandon Michael LaPray

August 14, 1986 - August 20, 2023

Login

Recommend    50 people recommend this. Be the first of your friends.      PRINT

> The family of Brandon Michael LaPray created this Life Tributes page to make it easy to share your memories.

| Obituary & Service | Share a Memory Below | Flowers & Gifts |
|---|---|---|
| Brandon Michael LaPray, aged 37 of North Fort | A comforting word from you means a lot. | Send flowers to the LaPray family. |
| **View More** | **Share a Memory** | **Send Flowers** |



Send Beautiful Flowers

Share a Memory

Share   f   🐦   ✉

Tribute Wall     Photos & Videos     **Obituary & Service**     + More

## Obituary for Brandon Michael LaPray

Brandon Michael LaPray, aged 37 of North Fort Worth, Texas, was called home to be with the Lord on August 20th, 2023.

Brandon Michael LaPray was born August 14th, 1986 to loving and devoted parents Lisa (Ammerman) and Terry LaPray in Oklahoma City, Oklahoma. Soon after the family came to the DFW Metroplex and settled their roots. Brandon graduated from Richland High School, attended Texas Tech, and earned his Juris Doctor degree from Texas Wesleyan Law School. He attended his duties as an attorney with great care and dedication.

Brandon enjoyed sports and played soccer (but came to say there was too much running in soccer), baseball, basketball, and football, mostly at RYA, North Ridge Middle, and Richland High School. Brandon interned at his cousins' law firm in Beaumont, Texas during law school, which confirmed his interest in law but developed a greater interest in the daughter of one of the legal assistants. Brandon married Lori Sturdivant July 30th, 2011. As an adult his competitiveness never waned, and he and Lori loved to cheer for the Cowboys, the Stars, and the Rangers. He was a Texas sports' fan, through and through. Ask his brothers or friends how competitive he was at Xbox Hockey, or corn hole, or any game for that matter. His daughter, Emma, has her daddy's love of, and competitiveness in sports. He will be watching from above as she continues soccer and as little Levi takes up the baseball challenge. Brandon's most fond memories were of the times spent with friends and family, as a dedicated husband, father, confidant, source of strength, and friend. He will be greatly and thoroughly missed by all who knew him.

Brandon is preceded in death by his paternal grandparents, Clyde and Bertha LaPray; and his maternal grandfather, Porter Ammerman.

Brandon is survived by his cherished wife, Lori Sturdivant LaPray; his children, Emma (7) and Levi (3); his parents, Terry and Lisa LaPray; his brothers, Jared (Holly) LaPray and Jacob (Sarrah) LaPray; his mother-in-law, Sharon (James) Feemster; his brother-in-law Jason Sturdivant; his nieces and nephew, Chloe, Colton, Colbie, and Allie; along with countless extended family and friends.

Case 1:22-cv-00572-CFC   Document 60-1   Filed 08/31/23   Page 3 of 3   PageID #: 1112

A private committal service will be held for Brandon, and the family is thankful for an understanding of their privacy during this time. In lieu of flowers, please consider a donation to the Brandon Michael LaPray Memorial Fund, with proceeds benefitting his wife, Lori, and their two children, Emma and Levi.

To send flowers or a memorial gift to the family of Brandon Michael LaPray please visit our Sympathy Store.

**FOLLOW US:**  

     

   

View information for consumers relating to the purchase of preneed funeral contracts including descriptions of the trust and insurance funding options available under state law. Complaints concerning perpetual care cemeteries or prepaid contracts should be directed to: Texas Department of Banking, 2601 N. Lamar Blvd., Austin, TX 78705; 1-877-276-5554 (toll free); www.dob.texas.gov

© 2023 Lucas Funeral Homes and Cremation Services. All Rights Reserved - Made with love by funeralOne.