IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-572-CFC |
| | ) | |
| CANARY CONNECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-573-CFC |
| | ) | |
| AUGUST HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY LORI LAPRAY FOR A STAY PENDING APPEAL OF THE CONTEMPT CITATION AND ITS UNDERLYING ORDER**

On this _____ day of September, 2023, having considered the submissions and arguments, and having determined that a stay pending appeal is appropriate, IT IS HERBY ORDERED that the Order of this Court dated August 21, 2023, finding Lily LaPray in civil contempt of Court, and assessing a fine of $200.00 per day for each day that the Court is open and Ms. LaPray does not appear in Court for a hearing is STAYED pending resolution of the appeal of that Order to the United States Court of Appeals for the Federal Circuit.

_____
Chief Judge