# United States Court of Appeals for the Federal Circuit

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**CANARY CONNECT, INC.,**
*Defendant*

---

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**AUGUST HOME, INC.,**
*Defendant*

---

2023-2367, 2023-2368, 2024-1016, 2024-1017

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00572-CFC, 1:22-cv-00573-CFC, Chief Judge Colm F. Connolly.

**MANDATE**

    In accordance with the judgment of this Court, entered July 16, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 22, 2024
Date

Jarrett B. Perlow
Clerk of Court