# United States Court of Appeals for the Federal Circuit

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**CANARY CONNECT, INC.,**
*Defendant*

---

**BACKERTOP LICENSING LLC,**
*Plaintiff-Appellant*

**LORI LAPRAY,**
*Movant-Appellant*

v.

**AUGUST HOME, INC.,**
*Defendant*

---

2023-2367, 2023-2368, 2024-1016, 2024-1017

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00572-CFC, 1:22-cv-00573-CFC, Chief Judge Colm F. Connolly.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

                                              FOR THE COURT



July 16, 2024
Date

                                              Jarrett B. Perlow
                                              Clerk of Court