IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BACKERTOP LICENSING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-572-CFC |
| CANARY CONNECT, INC., | ) ) ) ) |
| Defendant. | ) |
| BACKERTOP LICENSING LLC, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-573-CFC |
| AUGUST HOME, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington on this Twenty-third day of August in 2024, having received the Federal Circuit's August 22, 2024 Mandate in Case Nos. 2023-2367, 2023-2368, 2024-1016, 2024-1017, it is HEREBY ORDERED that Lori LaPray shall appear in person for a hearing at 9:00 a.m. in Courtroom 4B on September 18, 2024 to address potential fraud on the Court involving Backertop, potential misconduct by Backertop's counsel, and Backertop's document production made in response to the Court's March 31, 2023 Memorandum Order.

It is FURTHER ORDERED that on September 18, 2024, Ms. LaPray shall be prepared to pay the contempt sanction imposed by the Court effective August 23, 2023 (*see* Case No. 22-572, D.I. 57 ¶ 2; Case No. 22-573, D.I. 61 ¶2).  As of September 18, 2024, 265 days that were neither court holidays nor weekends will have elapsed since August 23, 2023.  Accordingly, the total contempt sanction will be $53,000.

_____
CHIEF JUDGE

2