```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3   BACKERTOP LICENSING LLC,      )
                                   )
 4             Plaintiff,          )
                                   )  C.A. No. 1:22-cv-00573-CFC
 5     v.                          )
                                   )
 6   AUGUST HOME, INC.,            )
                                   )
 7             Defendant.          )
                                   )
 8   BACKERTOP LICENSING LLC,      )
                                   )
 9             Plaintiff,          )
                                   )  C.A. No.  1:22-cv-0572-CFC
10     v.                          )
                                   )
11   CANARY CONNECT, INC.,         )
                                   )
12             Defendant.          )

13

14

15                 Wednesday, September 18, 204
                          90:00 a.m.
16                     Evidentiary Hearing

17

18                     844 King Street
                      Wilmington, Delaware
19

20    BEFORE: THE HONORABLE COLM F. CONNOLLY
      United States District Court Judge
21

22

23    APPEARANCES:

24
                      FINGER & SLANINA LLC
25                    BY:  DAVID L. FINGER, ESQ.
                          Counsel for the Plaintiff
```

```
1                    _ _ _ _ _ _ _ _ _ _

2                    P R O C E E D I N G S

3

4        (Proceedings commenced in the courtroom beginning at

5    9:00 a.m.)

6                           -  -  -

7            THE COURT:  Please be seated.

8            Please be seated.  Just give me a second to get

9    situated with the computer.

10           Okay, thank you.  Mr. Finger, good morning.

11           MR. FINGER:  Good morning, Your Honor.

12           Your Honor, of course, Ms. LaPray is here to

13   answer Your Honor's questions.

14           Before that, I respectfully make a motion that

15   the Court either waive or abate the fine.  The only basis

16   for that is judicial leniency, and Ms. LaPray doesn't have

17   that kind of money, and I know Your Honor could say that's

18   the risk she took.  But we are where we are.

19           And I'm sure when I would say she doesn't have

20   the means, Your Honor would say, show me the documents,

21   which we do not have here today because she works at home

22   without a printer and things like that or a scanner.  But

23   if Your Honor allows, we would be happy to submit them

24   within a week for Your Honor's in camera review.

25           THE COURT:  Why didn't you try to submit them?
```

1    You've had weeks to prepare for this.  Why now?

2              **MR. FINGER:**  I understand, Your Honor, but

3    there was a lot of discussion back and forth about how we

4    do that, and I didn't have entire control of it.

5              **THE COURT:**  Who had control of it?

6              **MR. FINGER:**  Well, there was a question of who

7    was going to pay, and perhaps we were thinking that

8    Mavexar would pay it on her behalf.  Discussions went back

9    and forth on that and whether to file the motion or

10   anything.  And it just never got resolved.

11             **THE COURT:**  Well, did you ask Mavexar or

12   IP Edge or any of the individuals associated with those

13   two entities to pay it?

14             **MR. FINGER:**  Yes.

15             **THE COURT:**  And did they refuse?

16             **MR. FINGER:**  They did not overtly refuse.  They

17   said that they had no plans for that.  However, Ms.

18   LaPray, if Your Honor asks her, she'll testify that she

19   was informed by them that they would pay.

20             **THE COURT:**  Well, why don't we hear that.

21             I'm inclined not to dispense with the fine and

22   just to reduce it to a judgment against Backertop and

23   Ms. LaPray.

24             And then to the extent that she doesn't pay it,

25   to refer the matter to the Department of Justice, and they

1    typically, are responsible for enforcing such judgments.

2              But maybe things will come out in the testimony

3    that would cause me to rethink that, and so we could

4    explore that.  So I will refrain from ruling, but I think

5    it's important here, that is, two things.

6              First, none of these lawsuits could have been

7    brought without Ms. LaPray.  Ms. LaPray has, in concert

8    with others, gone to great extremes to avoid disclosing

9    matters.  Second, it couldn't have been cheap to litigate.

10             As I pointed out in one of my memorandum

11   orders, if you just did the transaction filings alone,

12   Backertop would have had to spend more than $35,000 just

13   to bring the suits that I've identified.

14             So to think that you could afford to bring

15   those suits and expend that cost, and at least when

16   Ms. LaPray testified last time she indicated she'd

17   actually made some money from these matters.  It's hard to

18   believe she can't afford the fine.  And she made a

19   conscious decision, you know, to refuse to appear.

20             So I'm hesitant.  I think it sends a bad

21   message, you know, that you can just flout Court orders,

22   cause great expense by the Court and unnecessary expense

23   and then to do so without impunity.  So I will hold in

24   abeyance ruling on that.

25             **MR. FINGER:**  One other part of that motion, if

1    Your Honor stays with that approach, we ask that the Court

2    allow Ms. LaPray to engage in a payment plan rather than

3    a --

4            **THE COURT:**  See, that would be worked out with

5    the Department of Justice.

6            **MR. FINGER:**  All right.

7            **THE COURT:**  When a judgment against the United

8    States is entered, at that point, the enforcement of the

9    judgment and the collection of the judgment is

10   administered by the executive branch, in particular by the

11   Department of Justice.  They have a financial litigation

12   unit that handles that.

13           **MR. FINGER:**  This is the last inquiry on a

14   different topic.

15           Will the Court allow me to, once Your Honor is

16   finished questioning, to ask a few questions of my own?

17           **THE COURT:**  Sure.

18           **MR. FINGER:**  Thank you, Your Honor.

19           **THE COURT:**  All right.

20           All right.  So, Ms. LaPray, take the stand.

21           **THE CLERK:**  Please state and spell your name

22   for the record.

23           **THE WITNESS:**  It's Lori LaPray, L-O-R-I,

24   L-A-P-R-A-Y.

25       LORI LAPRAY, having been called as a witness, being

1   first duly sworn under oath or affirmed, testified as

2   follows:

3             **THE CLERK:**  Thank you.  Please be seated.

4                        EXAMINATION

5   **BY THE COURT:**

6   **Q.**   Good morning.

7   **A.**   Good morning.

8   **Q.**   Ms. LaPray to start, are you aware that there were

9   orders issued by the Court requiring Backertop to produce

10  documents?

11  **A.**   Yes, I do vaguely remember that.  Yes.

12  **Q.**   Do you recall how you became aware of those orders?

13  **A.**   Mavexar sent the orders to me.

14  **Q.**   And when you say "Mavexar," was there somebody in

15  particular, somebody acting on behalf of Mavexar?

16  **A.**   Usually, the person that I would communicate most is

17  Linh Dietz or Papool is who I would communicate the most

18  with.

19  **Q.**   Were you provided a copy of the court orders?

20  **A.**   Yes.  They would e-mail them to me.

21  **Q.**   We don't see any e-mails that were produced by

22  Backertop or by Backertop's lawyers that show that any

23  court order was transmitted to you, received by you, or

24  that you produced any documents.  Can you explain that?

25  **A.**   I received the orders, and I knew about them.  And it

1    was my understanding that Mavexar produced the documents

2    for Backertop, and I believe Jimmy Chong produced them to

3    you.

4    **Q.**    Well, when you received those e-mails, what e-mail

5    address is Mavexar sending you these materials?

6    **A.**    It was Linh Dietz's e-mail.  I don't know her exact

7    e-mail address.

8    **Q.**    What e-mail address was she sending them to you?

9    **A.**    It was my personal e-mail address.

10    **Q.**    What is that?

11    **A.**    It's lorilapray@gmail.com, is my personal.

12    **Q.**    All right.  Did you search your Gmail account to

13    determine whether you had any documents that were called

14    for production by court orders?

15    **A.**    I didn't search my e-mails.

16    **Q.**    All right.  Did anybody ask you to search your

17    e-mails or look for any hard copies of documents that you

18    had that were covered by the court orders?

19    **A.**    No, sir.  The only thing I was asked to look for were

20    text messages, but I didn't have any of those.

21    **Q.**    Okay.  So were you never asked to look through your

22    own files, either electronic files or hard copy files, to

23    determine if you had any documents that were covered by

24    the court orders; is that fair?

25    **A.**    I really don't remember.  Everything that's happened

1     in the last year, this case has not been on my mind.

2   **Q.**   All right.

3   **A.**   So I apologize if I don't remember.

4   **Q.**   So you don't remember ever being asked to do that?

5   **A.**   I don't -- I just don't remember.

6   **Q.**   Did you ever search your home or your office or your

7     computer to see if you had any documents that were covered

8     by the Court's orders?

9   **A.**   I don't remember if I did or not.  I don't think I

10    did, but I don't remember.

11  **Q.**   All right.  Did you ever talk with Mr. Burns about

12    what you needed to do to make sure Backertop complied with

13    the document production orders?

14  **A.**   No.  It was my understanding that Mavexar and the

15    attorneys were handling all the document production was

16    what I understood.

17  **Q.**   And I think some of this is repetitive of the last

18    time you were here, which was, you know, a while ago.

19  **A.**   Yes, sir.

20  **Q.**   But it's fair to say that Backertop had filed and

21    Backertop had settled numerous lawsuits before you ever

22    spoke with Mr. Burns; is that right?

23  **A.**   That would be correct, Your Honor.

24  **Q.**   And the same thing with Jimmy Chong, Backertop had

25    filed and Backertop had settled numerous lawsuits,

1    including lawsuits in this court, before you ever had any

2    kind of communications with either Mr. Burns or Mr. Chong,

3    correct?

4    **A.**    Correct, yes.

5    **Q.**    Did anybody ever explain to you the risks that are

6    associated with filing patent infringement lawsuits before

7    Backertop filed any of these lawsuits?

8    **A.**    No, sir.  No.

9    **Q.**    Now, I know you filled out an affidavit at some point

10   that said Backertop did not have any bank accounts; is

11   that right?

12   **A.**    Correct.

13   **Q.**    Does Backertop have any bank accounts today?

14   **A.**    No, sir.

15   **Q.**    Do you have any books or records for Backertop in

16   your custody or your possession back in Texas?

17   **A.**    I mean, in e-mails but not physical files.  No, sir.

18   **Q.**    All right.  Do you have any accounting records for

19   Backertop?

20   **A.**    No, sir.

21   **Q.**    Have you ever filed taxes for Backertop?

22   **A.**    I don't really know.

23   **Q.**    That's all right.

24   **A.**    I'm sorry.

25   **Q.**    Well, actually, do you recall ever signing a tax form

1    for Backertop?

2    **A.**    I have sent my CPA stuff that has to do with the

3    income that I got from Backertop.

4    **Q.**    What do you mean by "CPA stuff"?

5    **A.**    Well, just the tax return, the documents, the form

6    that Linh would send me for tax returns.  I don't know

7    exactly what they are called.

8    **Q.**    So did Linh send you tax forms for Backertop, is that

9    your understanding?

10    **A.**    I think it was just for income, but I filed,

11    Backertop did not.  I didn't file on Backertop's, no.

12    **Q.**    I'm sorry.  I'm just --

13    **A.**    I did not file any tax returns for Backertop.  Sorry,

14    to be clear.

15    **Q.**    Do you know whether Backertop has ever filed taxes,

16    then?

17    **A.**    No.

18    **Q.**    I mean, you are still the sole natural person who

19    owns and manages and is employed by Backertop; is that

20    right?

21    **A.**    Yes.

22    **Q.**    So if anybody filed taxes for Backertop, presumably

23    it would be you?

24    **A.**    I don't believe I have.  Sorry.

25    **Q.**    That's okay.

1          Do you know how much money Backertop has made since

2     it was formed?

3     **A.**    I don't.  I've never added up the numbers.  I don't.

4     **Q.**    And the last time, and I might be wrong on this; you

5     should correct me if you think I am.

6          I seem to recall something in the neighborhood of

7     couple of thousand dollars you thought you had made, or

8     Backertop had made, at that point.  Is that accurate to

9     your recollection?

10    **A.**    I mean, probably over ten.  Probably.  I don't know

11    the exact number, and I don't want to lie to you.

12    **Q.**    That's all right.

13    **A.**    So I don't know the exact number, but it's probably

14    over ten.

15    **Q.**    All right.  When is the last time you recall making

16    any money through Backertop?

17    **A.**    I don't recall that.  I have to go through my bank

18    statements and look.  I don't know when the last time I

19    got a settlement from them.

20    **Q.**    And when you say, your "bank statements," that's your

21    personal?

22    **A.**    My personal, yes.  My personal, yes.

23    **Q.**    Now, I want to kind of go back again just to

24    understand that.

25         Do you recall anyone telling you that you might have

1    to pay any fees or expenses or attorney fees or costs

2    associated with litigating cases in Backertop's name?

3    **A.**   I knew that, yeah, there was a risk of paying that,

4    potentially, if the case didn't settle.  That was my

5    understanding.

6    **Q.**   All right.  How did you come to form that

7    understanding?

8    **A.**   It was in the engagement letter, I believe.

9    **Q.**   The engagement letter with whom?

10   **A.**   With Mavexar, between Backertop and Mavexar.

11   **Q.**   All right.  Did you ever discuss that risk or

12   potential with anyone from Mavexar?

13   **A.**   No.

14   **Q.**   Now, I'm going to hand you what we'll mark as

15   Exhibit 1.

16        And while it's being marked, let me just tell you

17   what it is.  It's a patent assignment cover sheet and

18   documents that were taken...that were filed with the

19   United States Patent and Trademark Office and that we

20   obtained from the Patent and Trademark Office.  So this is

21   three pages.  Do you see that, right?

22   **A.**   Yes, sir.

23   **Q.**   First of all, do you recognize this document?

24   **A.**   I don't.  I mean, I could have seen it.  I just don't

25   remember.

1    **Q.**    All right.  And then you'll see the first page that

2    says...it identifies as the receiving party data Backertop

3    Licensing LLC.  Do you see that?

4    **A.**    Yes, sir.

5    **Q.**    And it identifies as the conveying party data Terrace

6    Licensing LLC.  Do you see that?

7    **A.**    Yes.

8    **Q.**    And then, as far as the property numbers in this

9    assignment cover sheet, it lists five patents.  Do you see

10    that?

11    **A.**    Yes.

12    **Q.**    And four of those patents were asserted in this

13    litigation, in these cases.  Do you agree?

14    **A.**    Yes, sir.

15    **Q.**    Now, then it says at the bottom of the sheet the name

16    of the submitter, and it says Lori LaPray.  Do you see

17    that?

18    **A.**    Yes, sir.

19    **Q.**    And it has a signature for Lori LaPray.  Do you see

20    that?

21    **A.**    Yes, sir.

22    **Q.**    Did you sign this?

23    **A.**    I don't know.  I know that I had signed the third

24    page, but I had either probably just given Linh permission

25    to sign it.  I don't remember.

1    **Q.**  We did not see in the production that Backertop made

2    an e-mail sending you or receiving from you a patent

3    assignment cover sheet.

4        Do you recall whether you were ever sent a patent

5    assignment cover sheet for the patents that were asserted

6    in this case that was filed with the PTO?

7    **A.**  I truly don't recall.  I don't remember.  I mean, I'm

8    happy to produce e-mails to you if you would like me to.

9    **Q.**  Well, they were covered by the order.  You were

10   required to produce e-mails.

11   **A.**  It was my understanding that it was just duplicative

12   basically, so I didn't know that you wanted a duplicative

13   copy, but I'm happy to do it.

14   **Q.**  All right.  Well, do you recall signing or being

15   asked to sign a patent assignment cover sheet to be filed

16   with the Patent and Trademark Office?

17   **A.**  I don't ever remember signing one of these.

18   **Q.**  Okay.

19   **A.**  To my recollection, I don't remember ever signing

20   one.

21   **Q.**  Now, the e-mail that is identified for the

22   corresponder...the correspondent, rather, who is

23   submitting this with the PTO is lindhd@IPedge.com.

24       Do you recognize that e-mail address?

25   **A.**  Yes, sir, I do.

1    **Q.**   And who is that for?

2    **A.**   That's Linh Dietz, yes.

3    **Q.**   Now, the patent assignment cover sheet said it was

4    filed, and it was filed with the PTO on May 2, 2022.  And

5    it has two attachments that were filed with the cover

6    sheet.  Do you see that?

7    **A.**   Yes, sir.

8    **Q.**   All right.  And they're both labeled Exhibit A, and

9    they constitute two pages; is that right?

10   **A.**   Yes, sir.

11   **Q.**   And let's turn and look at those.  First of all, fair

12   to say this is a two-page document and it's titled "Patent

13   Assignment"; is that right?

14   **A.**   That's what I see.

15   **Q.**   And it has at the top the words "Exhibit A" in the

16   left-hand corner of both pages, correct?

17   **A.**   Correct.

18   **Q.**   On the second page, it has two signatures.  The

19   second signature is under the assignee, which is

20   identified as Backertop Licensing LLC.

21       Is that your signature?

22   **A.**   Yes.

23   **Q.**   Now, is that an electronic signature or is it your

24   signature that you handwrote or is it your signature that

25   you handwrote that became an electronic signature?

1   **A.**   Yes.

2   **Q.**   What is it actually?

3   **A.**   It was the one that I wrote that became the

4   electronic signature that I have on my computer.

5   **Q.**   I see.  Do you recall personally putting your

6   signature on this document?

7   **A.**   I believe on these, I would put my signature on these

8   documents.  Nobody else would.  And then I would send them

9   to Linh, from what I remember.

10  **Q.**   All right.  And this document under your name

11  identifies your title as the managing member.  That's

12  true, you're the managing member, right?

13  **A.**   Correct, correct.

14  **Q.**   And it's dated April 23, 2022; is that right?

15  **A.**   Correct, correct.

16  **Q.**   All right.  Now, the assignor is identified as

17  Terrace Licensing LLC.  Do you see that?

18  **A.**   Yes, sir, I do.

19  **Q.**   And it's signed by somebody apparently named Duane

20  Dorsey.  Do you see that?

21  **A.**   Uh-huh.

22  **Q.**   Do you know Duane Dorsey?

23  **A.**   No, sir, I do not.

24  **Q.**   Never have?  You ever had conversations with somebody

25  who told you they were Duane Dorsey?

1    **A.**   No, sir.

2    **Q.**   Do you know anything about Terrace Licensing LLC?

3    **A.**   No.

4    **Q.**   Has anybody ever talked with you about Terrace

5    Licensing LLC?

6    **A.**   Not that I can remember.  No, sir.

7    **Q.**   Now, this patent assignment that was signed with...

8    that was filed, rather, with the PTO, let's go through

9    what it says.

10        First of all, it's for five patents, four of which

11   were asserted in the cases filed in this court by

12   Backertop, correct?

13   **A.**   Okay.  Correct.

14   **Q.**   And at the top of the patent assignment, it says that

15   "for good and valuable consideration the receipt of which

16   is hereby acknowledged Terrace Licensing LLC."  I won't go

17   through the addresses, but it says "hereby assigns,

18   transfers and conveys to Backertop all right, title and

19   interest that exists today and may exist in the future to

20   the patents."  Is that fair?

21   **A.**   That's what the agreement says.  Yes, sir.

22   **Q.**   Was that your understanding of what this agreement

23   memorialized?

24   **A.**   I suppose so, yeah.

25   **Q.**   Did you have an understanding that Backertop, at the

1    time it filed these lawsuits, had all right, title and

2    interest that exists at the time and that may exist in the

3    future in the asserted patents?

4    **A.**    Yes, I knew they owned the patents.  Yes, sir.

5    **Q.**    And you thought...did you think they were the only

6    owner of the patents?  It says that Backertop has "all

7    right, title and interest."  Was that your understanding

8    of what Backertop had?

9    **A.**    It was my understanding.  Yes, sir.

10    **Q.**    All right.  And then subparagraph A here, it lists

11    the asserted patents, correct?

12    **A.**    Uh-huh.

13    **Q.**    Subparagraph C defines, in part, what all right,

14    title and interest in the patents are, correct?

15    **A.**    Uh-huh.

16    **Q.**    You have to answer yes or no.

17    **A.**    Yes.  I'm sorry.

18    **Q.**    And it says, it includes in subparagraph C "the

19    exclusive right to prosecute applications before the USPTO

20    and foreign Patent Offices"; is that right?

21    **A.**    Yes, sir.

22          The agreement says that.

23    **Q.**    And in subparagraph E it says that Backertop has "all

24    rights to recover and collect on all future settlement

25    agreements and enforceable rights to collect license

1    payments, royalties and other payments due or payable on

2    or after the effective date of this assignment"; is that

3    right?

4    **A.**    Correct.

5    **Q.**    Was that your understanding?

6    **A.**    As far as I knew, yes, sir.  It was my understanding.

7    **Q.**    All right.  And then Paragraph F says that these

8    rights that are being assigned include "the exclusive

9    right to practice the patents, including without

10    limitation the right to make, have made, use, sell or

11    offer to sell and import products and service under the

12    patents"; is that right?

13    **A.**    Correct.

14    **Q.**    Paragraph G says that Terrace assigned to Backertop

15    "the exclusive right to license and sublicense the

16    patents"; is that right?

17    **A.**    Correct.

18    **Q.**    And Paragraph H says that the rights include, that

19    were assigned to Backertop, "the exclusive rights to

20    assign, sell and alienate the patents"; is that right?

21    **A.**    Correct.

22    **Q.**    And then finally, Paragraph I provides that the

23    rights being transferred to Backertop from Terrace consist

24    of "any and all other rights to the patents"; is that

25    right?

1    **A.**    Correct, it's what it says.

2    **Q.**    And this was filed with the PTO; is that right?

3    **A.**    Yes, sir.  It looks like it, yes, sir.

4    **Q.**    Now, did you look at the documents that were produced

5    in the name of Backertop to the Court?

6    **A.**    I don't believe I did.

7          No, sir.

8    **Q.**    Well, let me show you at least one subset of that

9    document.  Can you get the 447?  And we'll mark this as

10   Exhibit 2.  If I didn't say it, we should have marked the

11   first as Exhibit 1.  Thanks.

12         (Exhibits 1 and 2 were marked for identification.)

13   **BY THE COURT:**

14   **Q.**    So the document you've just been handed is Bates

15   stamped Backertop 447 through 458; is that right?

16   **A.**    Yes.  Yes, sir.

17   **Q.**    And then the first page appears to be basically a

18   copy of the patent assignment cover sheet that we just

19   discussed; is that right?

20   **A.**    It looks like it.  Yes, sir.

21   **Q.**    It looks like somebody printed this out at 10:50 a.m.

22   on May 2 of 2022; is that right?

23   **A.**    Correct.

24   **Q.**    And so it's a little bit different format though,

25   right?

1      I mean the size of the lines and the boxes look

2   different, but the content looks the same?

3   **A.**   Yeah, the content is the same.  Yes, sir.

4   **Q.**   And then the next page is just the bottom of the

5   cover sheet, right?

6   **A.**   Right.

7   **Q.**   And then the next page, which is Backertop 449, now

8   it appears to be identical to the patent assignment cover

9   sheet that we just discussed with the exception it doesn't

10  have the reel and the frame number on the bottom right

11  corner; is that right?

12  **A.**   It looks that way to me, yes.

13  **Q.**   Yep.  All right.  And then the next page, the next

14  two pages, appear to be a document from the United States

15  Patent and Trademark Office dated May 3rd addressed to

16  Backertop; is that right?

17  **A.**   Correct.

18  **Q.**   And it basically looks to be a notice of recordation

19  of assignment document; is that right?

20  **A.**   That's what it looks like.  Yes, sir.

21  **Q.**   Had you seen this before today?

22  **A.**   No.

23  **Q.**   Now, attached, the next page, after that, and so

24  starting at Backertop 452.  Do you see that?

25  **A.**   Okay.  I'm with you.

1    **Q.**   And it's an agreement, and it's titled Patent

2    Assignment Agreement.  Do you see that?

3    **A.**   Yes, sir.

4    **Q.**   And this too appears to be an assignment agreement

5    between Terrace Licensing and Backertop; is that right?

6    **A.**   Yes, sir.

7    **Q.**   And if you look down about halfway down the first

8    page, it has a definition of the patents and related

9    patents.  Is it fair to say that this document too appears

10   to be an assignment for five patents, the same five

11   patents that were in the cover sheet that we discussed

12   earlier?

13   **A.**   Yes, sir.  It looks that way.

14   **Q.**   All right.  Now, if you look at Paragraph 4 of this

15   agreement...actually, let's do something else.  Let's,

16   first of all, let's look at the date of this agreement.

17        Go to Page 455.  This is at the bottom, right.

18   That's the signature of Duane Dorsey, again, as the

19   assignor of Terrace Licensing; is that right?

20   **A.**   Yes, sir.

21   **Q.**   And on the next page, which is the last page of this

22   agreement, is that your signature again?

23   **A.**   Yes, sir.

24   **Q.**   And it says your date is 4/23, which is the same date

25   that you identified for your signature in the Exhibit A

1    that was filed with the PTO?

2    **A.**    That's correct.

3    **Q.**    Is that right?

4    **A.**    Yes, sir.

5    **Q.**    All right.  Is that your signature here?

6    **A.**    Yes, on Exhibit 2, yes, sir.  Yes, sir.

7    **Q.**    Do you recall signing this Patent Assignment

8    Agreement?

9    **A.**    Yes, I mean I signed it.  I mean, can I tell you what

10   date and time, no.

11   **Q.**    All right.  Now, if you look at this document --

12   **A.**    Which page are you on, Your Honor?

13   **Q.**    Well, let's back up to Page 453.

14   **A.**    Okay.

15   **Q.**    And, actually, let's do this.  Let's back up to

16   Page 452.  If you look at the paragraph that's labeled

17   Number 2.  Do you see that?

18   **A.**    Yes, sir.

19   **Q.**    So it says in that paragraph, "Assignor," so that

20   would be Terrace, "hereby assigns to assignee," that would

21   be Backertop, "all right, title, and interest to the

22   patents and related patents.  Assignor and assignee hereby

23   agree to execute the form of Patent Assignment Agreement

24   attached as Exhibit A."

25         Do you see that?

1   **A.**   Yes, sir.

2   **Q.**   And then if you go to the last two pages of this

3   document, beginning at Page 457, there's a document that's

4   labeled Exhibit A in the upper left-hand corner, right?

5   **A.**   I see that, yes.

6   **Q.**   And it says it's a patent assignment.

7        Do you see that?

8   **A.**   Correct.

9   **Q.**   And it's two pages, right?

10  **A.**   Correct.

11  **Q.**   And this patent assignment is identical to the

12  document that you and I just walked through that was filed

13  with the PTO, correct?

14  **A.**   Correct.

15  **Q.**   So this document, as we already, I think, discussed,

16  but I would like to let you let me know if you disagree,

17  this patent assignment of two pages, says that all rights

18  of any kind associated with the patents were transferred

19  from Terrace to Backertop, correct?

20  **A.**   From my understanding, yes.

21  **Q.**   And that's what was filed with the PTO, correct?

22  **A.**   Uh-huh.

23  **Q.**   Is that right?

24  **A.**   From what I'm seeing, it was.

25  **Q.**   So then, if you can look now to Page 453, Paragraph 4

1    of the patent assignment agreement.

2         Do you see that?

3    **A.**    Yes, sir.

4    **Q.**    So it's got this paragraph labeled "Consideration."

5         Do you see that?

6    **A.**    Yes.

7    **Q.**    And it says that "assignee," and that would be

8    Backertop, right?

9    **A.**    Correct.

10   **Q.**    So Backertop "hereby assumes all of the obligations

11   of the Patent Assignment Agreement made and entered into

12   on November 29, 2001, by and between Daedalus Blue LLC and

13   Terrace Licensing LLC."

14        Do you see that?

15   **A.**    Yes.

16   **Q.**    Do you recall or do you have any knowledge of the

17   agreement, dated November 29, 2001, by and between

18   Daedalus Blue LLC and Terrace Licensing LLC?

19   **A.**    I don't, I don't have any recollection or --

20   **Q.**    Do you remember the last hearing that Mr. Burns

21   introduced a couple of exhibits.

22        Do you remember that?  No?

23   **A.**    To be honest, I don't, Your Honor.  Sorry.

24   **Q.**    That's all right.  We'll get to that then.

25        You see that the next sentence says that "The

1    assignee," and that would be Backertop, right?

2    **A.**    Correct.

3    **Q.**    So Backertop "agrees in writing to be bound and

4    agrees to require all subsequent successor in interest to

5    be bound by the terms and conditions applicable to

6    assignor," that's Terrace, right?

7    **A.**    Uh-huh.

8    **Q.**    "With respect to the patents and related patents."

9          Do you see that?

10   **A.**    Yes, sir.

11   **Q.**    And then the next sentence says that, "The assignee,

12   Backertop, also understands and acknowledges that the

13   assignor, Terrace, or prior owners may have granted

14   licenses, covenants not to sue, releases, and other

15   encumbrances with respect to these patents."

16         Do you see that?

17   **A.**    Yes, sir, I do.

18   **Q.**    And then the next sentence, it says that, "The

19   assignee," which is Backertop, "expressly agrees to be

20   bound by and take the patents subject to all such

21   encumbrances."

22         Do you see that?

23   **A.**    Yes, sir.

24   **Q.**    So fair to say, then, that this Patent Assignment

25   Agreement does not convey all rights from Terrace to

1    Backertop because Backertop is actually having to take on

2    and assume all the obligations and encumbrances that exist

3    by virtue of the agreement between Daedalus Blue and

4    Terrace; is that right?

5    **A.**    From how I'm reading, yes.  You are correct.

6    **Q.**    So, in other words, according to this paragraph,

7    Backertop does not have all the exclusive rights

8    associated with the patents; is that right?

9              **MR. FINGER:**  Objection, Your Honor.

10             **THE COURT:**  All right.  Well, you made your

11   objection.  Thank you.

12   **BY THE COURT:**

13   **Q.**    Fair to say?

14   **A.**    Yes, sir.  I guess so.

15   **Q.**    Now, let's look at the Daedalus agreement, which we

16   discussed at the last hearing.

17             **MR. FINGER:**  Your Honor.  I just wanted to

18   avoid inconveniencing the Court.  Your -- the Court is

19   handing me documents.  I don't want to trouble him, but I

20   want to ask permission to approach whenever Your Honor

21   does that.

22             **THE COURT:**  Sure.  Feel free to come up.

23        (Exhibit 3 is marked for identification.)

24   **BY THE COURT:**

25   **Q.**    All right.  So now we've handed you what we'll mark

1    as Exhibit 3.  And if look at the bottom left, it was

2    already, somebody handwrote Exhibit 3, 11/10/2022.

3        Do you see that?

4    **A.**    Yes.

5    **Q.**    And this was a document, I'll tell you, Mr. Burns

6    introduced the last time you were here, you and I

7    discussed.  But I just want to go over some of these terms

8    real quick.

9        If you look at this document, this is the patent

10   purchase agreement between Daedalus and Terrace Licensing;

11   is that right?

12   **A.**    Yes.

13   **Q.**    And if you look at Page 12, it's dated November 29,

14   2001, correct?

15   **A.**    Yes.

16   **Q.**    And this appears to be the document that is

17   incorporated and was discussed in the Patent Assignment

18   Agreement we just talked about, correct?

19   **A.**    Correct.  Correct.

20   **Q.**    And, if you recall, if you want to look at

21   Paragraph 2 of this agreement, and it provides that the

22   seller, and the seller in this case is Daedalus, correct?

23   **A.**    Correct.

24   **Q.**    So Daedalus "shall be entitled to 49 percent share of

25   the net proceeds in perpetuity that are obtained from

1    licensing and asserting infringement of the patents,"

2    correct?

3    **A.**    That's what the agreement says.  Yes, sir.

4    **Q.**    All right.  And if you look at Paragraph 19, it's

5    titled "Assignment"?

6    **A.**    I'm with you.

7    **Q.**    And I'd like you to just take a look at the paragraph

8    yourself.  It's rather lengthy, but as I understand this

9    paragraph, what it says is, among other things, is that it

10   places limits on Terrace's ability to assign the patents;

11   is that fair.

12   **A.**    That's fair.

13   **Q.**    And so that, in turn, would place limits on the

14   ability of Backertop to assign the patents; is that fair?

15   **A.**    That's fair.

16   **Q.**    Now, can you tell me why Backertop did not disclose

17   to the PTO the Patent Assignment Agreement between Terrace

18   and Backertop?

19   **A.**    I can't.  I don't know.

20   **Q.**    Has anyone ever discussed with you why whoever filed

21   the patent assignment cover sheet with the PTO chose not

22   to put in to the PTO or bring to its attention and make

23   public the Patent Assignment Agreement between Terrace and

24   Backertop?

25   **A.**    It was never discussed with me, Your Honor.

1    **Q.**    So do you know why someone decided to file with the

2    PTO the Exhibit A, which represents that Backertop has all

3    exclusive rights to the patents?

4    **A.**    I don't know.  I don't know, Your Honor.

5    **Q.**    Have you ever filed a document with the PTO?

6    **A.**    No.

7    **Q.**    Do you recall ever being asked to sign any document

8    that you were told would be filed with the PTO?

9    **A.**    I can't recall if I did or if I didn't, Your Honor.

10   I don't remember.

11   **Q.**    Do you know that any document that's filed with the

12   PTO is done so under law with the understanding that it's

13   against the PTO regulations and the United States Criminal

14   Code to file a false statement with an agency of the

15   United States?

16   **A.**    Yes.  As with any government entity, yes, sir.

17   **Q.**    You would assume that?

18   **A.**    Yes, yes.

19   **Q.**    Did anybody ever tell you that in connection with

20   your role as the sole owner and managing member of

21   Backertop?

22   **A.**    No one told me that, but, I mean, it's understood, I

23   guess.

24   **Q.**    All right.  So the next thing I want to do is I want

25   to look at the retention letter that was produced to us

1    Fresh IP PLC and Backertop.

2         So this is Bates-stamped Backertop 1 through 12.

3    We'll mark it as Exhibit 4.

4         (Exhibit 4 is marked for identification.)

5    **BY THE COURT:**

6    **Q.**    Do you recognize this document?

7    **A.**    Yes, sir.  I do from last time.

8    **Q.**    Okay.  And I don't want to go over it in a lot of

9    detail, but I just want to make sure, for starters, on the

10   last page, Page 11, is that your signature?

11   **A.**    Yes, sir.

12   **Q.**    All right.  The date of the letter, if you look at

13   the first paragraph, it says, that "This letter sets forth

14   the agreement made this 27th day of April 2002."

15        Do you know whether or not you executed this on or

16   about April 27, 2002?

17   **A.**    I couldn't tell you for certain.  I probably did.  I

18   can't tell you for certain if I did or not.

19   **Q.**    All right.  And as we've already established, you

20   didn't search your e-mails to produce any documents?

21   **A.**    I wasn't aware I needed to search my personal

22   e-mails, but like I said, I'm happy to produce any

23   documents that you need.  I didn't realize you needed a

24   duplicative copy.  So...

25   **Q.**    All right.  Now, based on your earlier testimony that

1    you never spoke with Mr. Burns until after numerous cases

2    had been filed and settled in Backertop's name --

3    **A.**    Correct.

4    **Q.**    -- I'm going to assume, but let me ask, did you ever

5    speak to Mr. Burns before you signed this engagement

6    letter?

7    **A.**    No.

8    **Q.**    Did you ever speak with anybody from Fresh IP, PLC,

9    the law firm of Mr. Burns, before you signed this

10   engagement letter?

11   **A.**    No.

12   **Q.**    Now, the engagement letter defines Backertop as the

13   client; is that right?

14   **A.**    Correct.

15   **Q.**    In Paragraph 4 of the engagement letter, if you can

16   turn to that, the last two sentences, do you see that?

17        It says, "Client shall have the sole and exclusive

18   right to approve, accept, and enter into any licensing

19   agreement or lawsuit settlement.  The parties also"...and

20   "the parties" being the client and the law firm, right?

21   "The parties also shall provide each other with reasonable

22   notice of any offer made by any infringer in connection

23   with any lawsuit in which firm is involved."

24        Do you see that?

25   **A.**    Yes.

1    **Q.**    Did you ever discuss with Mr. Burns at any time the

2    fact that he had filed and settled lawsuits on Backertop's

3    behalf without ever having had any communications with

4    you?

5    **A.**    No.  There was no communication between me and

6    Mr. Burns.

7    **Q.**    How about the after the hearing in November of 2022?

8    At that point, did you ever have any discussions with

9    Mr. Burns along the lines of whether or not there should

10   have been communications between the two of you before he

11   filed and settled lawsuits on behalf of Backertop?

12   **A.**    No.  There was no discussions of that nature.  No,

13   sir.

14   **Q.**    When did you last speak with Mr. Burns?

15   **A.**    I don't know, Your Honor.  I don't know when the last

16   time there were e-mail exchanges.

17   **Q.**    So then can we turn to what's labeled Backertop 10,

18   which is Page 10 of the engagement letter.  And there's a

19   Paragraph 27.

20        Do you see that?

21   **A.**    Yes, I do.

22   **Q.**    And it's actually in capital letters; is that right?

23   **A.**    Yes.

24   **Q.**    And it says, quote, "Client acknowledges that it was

25   advised to retain independent legal counsel to represent

1    client in connection with the negotiation and execution of

2    this agreement and with respect to the arbitration clause

3    above."

4         Do you see that?

5    **A.**    Yes.

6    **Q.**    I take it from your prior testimony, but I just want

7    to make sure I'm clear, the truth is, right, you were

8    never advised to retain independent legal counsel to

9    represent Backertop in connection with the negotiation of

10   this agreement with Fresh IP; is that right?

11   **A.**    No.  I gave Mavexar the authority to hire attorneys.

12   So...

13   **Q.**    And so you never had any -- so you told Mavexar it

14   could represent you and hire attorneys; is that what you

15   are saying?

16   **A.**    Well, hire attorneys to represent Backertop.

17   **Q.**    Right.

18        So were you ever asked by any attorney to consent to

19   Mavexar working on your behalf with the attorney?

20   **A.**    No.

21   **Q.**    And so, therefore, it's fair that you never

22   acknowledged, or rather, you were never advised by

23   Mr. Burns or anyone associated with Fresh IP to retain

24   independent legal counsel to represent Backertop in

25   connection with the negotiation of this agreement; is that

1   right?

2   **A.**   Not that I can recall.  No, Your Honor.

3   **Q.**   Then Paragraph 27(b) of this engagement letter says

4   that "Client acknowledges that prior to signing this

5   agreement, client was given the option of retaining the

6   firm, Fresh IP, to handle the lawsuit on the basis of a

7   normal hourly rate."

8        Is that true, since you just said you've never spoken

9   with Mr. Burns or Fresh IP prior to signing this?

10       Did anybody ever advise you that you had the option

11   of retaining Mr. Burns or Fresh IP to handle the lawsuits

12   on behalf of Backertop on an hourly basis?

13   **A.**   I read the agreement, but it wasn't discussed

14   verbally.

15   **Q.**   And were you ever advised that submitting to binding

16   arbitration typically results in the waiver of significant

17   rights?

18   **A.**   I wasn't aware.  No, sir.

19   **Q.**   And then, but if you look at Paragraph 27(c) of the

20   engagement letter that Mr. Burns and you signed, it says

21   that "The client acknowledges that it has been advised

22   that submission to binding arbitration typically results

23   in the waiver of significant rights"; is that right?

24   **A.**   That's what it says.  Yes, sir.

25   **Q.**   Are you aware that Mr. Burns still is counsel of

1  record for you, for Backertop?

2  **A.**   Yes.  I don't believe I've seen a withdrawal since

3  the last hearing.

4  **Q.**   When did you last speak with Papool Chaudhari?

5  **A.**   I don't remember.

6      Your Honor, if I may say one thing.  So after

7  everything happened this year, my husband passed away.

8  Mavexar and all the attorneys were just very respectful of

9  my privacy and my time.  So there wasn't a lot of

10  communication going on between us during that time.

11      So they would send me stuff that was pertinent, that

12  was important, but other than that we didn't speak.

13      So Papool, the last time I spoke with him was

14  probably a couple of days ago.  But we've been in

15  communications for the past couple weeks.

16  **Q.**   All right.  And what was the nature of those

17  communications?

18  **A.**   They just had sent me the order to appear in front of

19  you, and then just travel arrangements, things like that

20  was the nature.

21  **Q.**   So did somebody from Mavexar or IP Edge make your

22  travel arrangements for this today?

23  **A.**   Yes.  The travel was quite expensive and something I

24  couldn't afford, so Mavexar purchased the plane tickets

25  for me.

1    **Q.**    All right.  When's the last time Backertop filed a

2    lawsuit to your knowledge?

3    **A.**    I don't know.  To my knowledge, I don't know.

4    **Q.**    More than a year?

5    **A.**    Possibly.

6    **Q.**    Have you been asked this year by anyone to have

7    Backertop be the named plaintiff in a lawsuit?

8    **A.**    No.

9    **Q.**    Does Backertop own today anything other than the five

10   patents?

11   **A.**    Not that I'm aware of; just the five.  I don't

12   believe it owns anything else.

13   **Q.**    Have you formed any LLCs or, actually, let me state

14   it this way:  Have any LLCs been formed in your name or

15   using your name in the last year?

16   **A.**    No.

17   **Q.**    Now, Mr. Finger mentioned that the $53,000 fine is

18   something you cannot afford?

19   **A.**    No, sir.  I'm now a single mom with two kids on my

20   own on a single income, so that's just not feasible for

21   me.

22   **Q.**    Well, did anyone advise you not to come in person to

23   the hearing?

24   **A.**    No.  There was just a lot of -- I didn't want to put

25   it on paper, but there were just a lot of personal things

1    that I was going through with Brandon at the time that I

2    didn't want put in writing, and so it wasn't a good time

3    for me to come, and then he passed away in August of '23.

4    **Q.**    Now, have you made a demand on Mavexar or a request

5    for Mavexar or IP Edge or Papool or any of --

6    **A.**    We've spoken on the phone about it, but other than

7    that, that's all that's been done is just conversations,

8    just phone conversations.

9    **Q.**    Well, have you asked them to pay for the fine?

10    **A.**    I have asked, and the last conversation that I had

11    with Gau was they were going to request that the Court

12    reduce it or remove it, and then if that didn't happen,

13    then "cross that bridge when we come to it" were his

14    words.

15    **Q.**    And this is Gau who?

16    **A.**    I couldn't even pronounce his last name, but I always

17    call him Gau because that's what Brandon called him, so I

18    always called him Gau, but I believe he is one of the

19    owners of Mavexar.

20    **Q.**    All right.  Is he a lawyer?

21    **A.**    I don't know.  I don't know.  I don't know much

22    about -- I didn't ask much about Brandon's, who he worked

23    for.

24    **Q.**    All right.  What percentage of the proceeds obtained

25    from any filing of lawsuits in Backertop's name go to

1    Backertop?

2    **A.**    I believe it's 5 percent, if I'm not mistaken.    I

3    believe it's 5 percent.

4    **Q.**    Why is the percentage not put in the written

5    agreement between Backertop and Mavexar?

6    **A.**    I don't know.    I couldn't tell you.    I don't know.

7    **Q.**    The Mavexar agreement provides, quote, "Each party

8    shall bear its own costs and expenses relating to this

9    engagement, including travel."    It goes on.

10    The fact is, though, that Mavexar did pay for your

11    travel for the November 2022 hearing; is that right?

12    **A.**    Correct.    Yes, sir.

13    **Q.**    And it's paying for your travel today?

14    **A.**    Correct, they did.

15    **Q.**    When did you last speak with Jimmy Chong?

16    **A.**    It possibly was a month; three weeks, a month,

17    probably, ago that I spoke with Jimmy.

18    **Q.**    What generally about?

19    **A.**    Just about the order to appear.    That was the general

20    conversation.

21    **Q.**    Okay.    Did you ever have any discussions with

22    Mr. Chong about your responsibilities personally to search

23    for documents that were covered by the Court's orders to

24    produce documents?

25    **A.**    I don't think I had a conversation with Jimmy about

1    that.

2    **Q.**    Okay.  I am a going to show you what I'll mark for

3    identification as Exhibit 5, all right?

4        (Exhibit Number 5 is marked for identification.)

5    **BY THE COURT:**

6    **Q.**    So these are documents that Backertop produced to the

7    Court, Bates-stamped Backertop 0149 through 0169.

8        Do you see that?

9    **A.**    Yes, sir.

10    **Q.**    Now, if you look at, most of this document is a

11    letter from the law firm Fish & Richardson to Mr. Burns,

12    correct?

13    **A.**    Yes.

14    **Q.**    And it's the headline or the subject matter line

15    says, "Request for attorney's fees and costs."

16        Do you see that?

17    **A.**    Yes, yes.

18    **Q.**    And the letter is dated October 13, 2022.

19        Do you see that?

20    **A.**    Yes.

21    **Q.**    Have you ever seen this letter before?

22    **A.**    No.

23    **Q.**    Did you ever discuss with Mr. Burns or anybody from

24    Fresh IP the fact that August Home, through its lawyers,

25    had made a demand for attorney fees and costs?

1    **A.**    No, sir.

2          (Exhibit 6 is marked for identification.)

3    **BY THE COURT:**

4    **Q.**    I'm going to show you Exhibit 6, which is Backertop

5    115 through 116.

6          Do you see that?

7    **A.**    Yes.

8    **Q.**    So let's start.  These are the bunch of e-mails.

9    They start on Page 116.  This is an e-mail from a lawyer

10   at Fish & Richardson to Mr. Burns, dated October 26, 2002.

11         Do you see that?

12   **A.**    Yes.

13   **Q.**    And the Fish & Richardson lawyer, I guess, goes by

14   the first name Riqui, R-I-Q-U-I.  And he says, "Hi, Ron.

15   I'm checking in to see if you have updates from your

16   client's end.  August Home is prepared to file its

17   declaratory judgment complaint unless the parties have an

18   agreement in place prior to Wednesday, November 2.  August

19   Home seeks what it requested in its letter (full peace and

20   reimbursement of attorney fees).  Short of that, it may be

21   willing to accept a broad license or covenant not to sue

22   that includes Backertop and its principals.  If neither is

23   palatable to your clients, August Home will proceed to

24   file its DJ action in Delaware next Wednesday."

25         Do you see that?

1    **A.**    Yes.

2    **Q.**    Did Mr. Burns ever discuss this with you?

3    **A.**    No.

4    **Q.**    Did anybody ever discuss this with you?

5    **A.**    Not that I'm aware of, no.

6    **Q.**    You will see the e-mail chain continues, and there's

7    an e-mail between Papool Chaudhari and Mr. Burns the next

8    day where Mr. Chaudhari says to Mr. Burns, "Backertop is

9    not agreeable to paying August Home's attorney fees, but

10   Backertop is willing to get a broad CNS that would include

11   Backertop and its principals," in parentheses, "(Lori is

12   the only owner so it would extend to any company Lori

13   owns.)"  And it says, "Attached is a draft CNS."

14        Do you know what a CNS is?

15   **A.**    No.

16   **Q.**    I think it's covenant not to sue.  Does that make

17   sense?

18   **A.**    Okay, that makes sense.  That makes sense.

19   **Q.**    "Attached is a draft covenant not to sue that gives

20   that broad coverage.  Please send them and let them know

21   Backertop is ready to execute this now and wants to get

22   this done before the deadline."

23        So Mr. Chaudhari made that direction without

24   specifically getting your sign-off, correct?

25   **A.**    Correct.

1    **Q.**   And then six days later, if you look at the top

2    email, Mr. Chaudhari, again, e-mails Mr. Burns and he

3    says, "Where are we on this?  Per OC"

4         Do you know what OC means?

5    **A.**   No, sir.

6    **Q.**   "We need to get this done today or else they are

7    filing a DJ tomorrow.  I saw you sent the CNS to them last

8    week, but wasn't sure of current status.  Please advise

9    and bug Riqui until this gets done today to avoid the DJ."

10        Do you see that?

11   **A.**   Yes.

12   **Q.**   Now, at any time, did anybody consult with you about

13   this demand for attorney fees and costs?

14   **A.**   No.

15   **Q.**   Although that e-mail chain refers to an attachment,

16   right?

17   **A.**   Uh-huh.

18   **Q.**   There was no attachment provided in the document

19   production.  But what we do have, and so let me show you.

20   I will mark as Exhibit 7

21        (Exhibit 7 is marked for identification.)

22   **BY THE COURT:**

23   **Q.**   Backertop Page 16 through 33.  This is one of the few

24   e-mails we have going to you.

25        Now, this e-mail is dated many months later it's

1    April 10, 2023, correct?

2    **A.**    Yes.

3    **Q.**    And it's sent to you by Linh Dietz; is that right?

4    **A.**    Correct.

5    **Q.**    And it's copying Papool Chaudhari, correct?

6    **A.**    Yes.

7    **Q.**    And then Danae Maher, correct?

8    **A.**    Yes.

9    **Q.**    So let's just talk about, how do you know Papool

10   Chaudhari?

11   **A.**    I just know he works for Mavexar; we've just had

12   phone conversations.  That's how I know him.

13   **Q.**    Have you ever met him in person?

14   **A.**    No.

15   **Q.**    Do you recall when you first met him?

16   **A.**    I can't recall when I first had a conversation with

17   him over the phone or e-mail.

18   **Q.**    And then Danae Maher, who is he or she?

19   **A.**    I think it's a she.  She started working at Mavexar,

20   it was when Brandon was still there.  I don't remember.  I

21   never met her; there was never, like, formal conversations

22   with me and her on there.

23   **Q.**    I see.

24         And, incidentally, you know, everybody here at the

25   court, in my chambers expresses our condolences to you.

1    I'm sure it must be very difficult.

2         And mindful of that though, I was hoping you could at

3    least tell me, how did Brandon become associated with

4    Papool Chaudhari, if you know?

5    **A.**    I don't.  I mean, Papool just started working at

6    Mavexar, and so him and Papool worked together.  That's

7    how they knew each other.  They weren't friends outside of

8    work.  It was strictly they met through work and that was

9    it.  And Mavexar hired Papool, and then him and Brandon

10    worked together, and then that was...

11    **Q.**    Was Mavexar formed then -- well, who formed Mavexar?

12    **A.**    I have no idea.

13    **Q.**    And is it your understanding that Brandon worked for

14    Mavexar before he met Papool?

15    **A.**    Yes.  Papool came on after Brandon was already there.

16    **Q.**    Okay.  Do you know who runs Mavexar?

17    **A.**    If I'm not mistaken, I think it's Gau, Sanjay, and

18    Lillian are the three.

19    **Q.**    Have you met any of those three people?

20    **A.**    No, I have not.

21    **Q.**    Never in person?

22    **A.**    Never in person, no.

23    **Q.**    Have you ever met Linh Dietz in person?

24    **A.**    Yes.

25    **Q.**    How?

1    **A.**    I met her years ago one time.  She had come into

2    town.  And then I saw her at Brandon's funeral.  She came.

3    **Q.**    Now, who do you understand she works for?

4    **A.**    I believe she works for IP Edge.

5    **Q.**    What do you know about IP Edge?  What is it?

6    **A.**    I don't know anything about IP Edge.

7    **Q.**    All right.  Now, let's take a look at this CNS

8    agreement.  So Linh Dietz is asking you on April 10, 2023,

9    "Hello, Lori.  Please see attached a CNS agreement between

10   Backertop Licensing and August Homes.  Can you please sign

11   the agreement and send it back to me as soon as possible?

12   This is urgent and is needed back today.  The agreement

13   has been reviewed and approved to finalize."

14        Do you see that?

15   **A.**    Yes.

16   **Q.**    Now, when it says "The agreement has been reviewed

17   and approved to finalize," what do you understand her to

18   mean?

19   **A.**    I would think it would be reviewed by the attorneys

20   and approved by them is what I get from it, get from the

21   e-mail.

22   **Q.**    Attorneys for whom?

23   **A.**    For her and for Backertop and the other party.

24   **Q.**    And then the attached settlement agreement is

25   17 pages long, correct?

1    **A.**    Yes.

2    **Q.**    And it's purporting to settle the 22-574 case in this

3    court, correct?

4    **A.**    Yes.

5    **Q.**    Now, did you read the agreement before you signed it

6    or did you sign it?  This one's not signed.  Did you ever

7    sign this one?

8    **A.**    This one's not signed.  I couldn't tell you if I

9    signed it or not on this one.  I couldn't tell you if I

10   signed it or if I didn't.

11   **Q.**    And this is April of 2023, so this is after you

12   testified in court and after these issues in this court

13   about IP Edge and Mavexar have come to light, correct?

14   **A.**    Yes.  I believe I came in November of '22, I believe.

15   **Q.**    All right.  Now, let's look at the first paragraph of

16   the settlement agreement.

17        So it says that "This agreement is made and entered

18   into as of the date of the signature."

19        Of course, it's not signed, but we know this is

20   sometime in April of 2023 when the draft is sent to you,

21   correct?

22   **A.**    Uh-huh.  Yes, sorry.

23   **Q.**    If you notice in the first paragraph, Mavexar and

24   IP Edge are identified; is that right?

25   **A.**    Correct.

1    Q.    And the agreement provides that "Backertop, Mavexar

2    and IP Edge are collectively referred herein as the

3    Backertop entities"; is that right?

4    A.    Yes.

5    Q.    And the covenant not to sue that's being given here

6    covers not only Backertop, but it also extends to Mavexar

7    and IP Edge; is that right?

8    A.    Yes.

9    Q.    Why?

10   A.    I couldn't tell you why.  I don't know.

11   Q.    Did you ever discuss that with anyone?

12   A.    No.

13   Q.    Do you know if you signed this agreement?

14   A.    I don't know if I signed this particular agreement.

15   I don't know.

16   Q.    Had you ever signed a settlement agreement that did

17   cover Mavexar and IP Edge?

18   A.    I truly don't know.  A lot of the times Brandon would

19   review them.  He was my husband.  I trusted him.  He said

20   "Hey, they're good, sign them."  I'd sign them.  So I

21   don't know.  I couldn't tell you.

22   Q.    Does Backertop still own the five patents that you

23   testified it owned when you were here last time?

24   A.    I don't know if they do.  I don't remember if I

25   signed anything transferring them or not.  This year has

1    kind of been a blur.  I don't remember.

2                    **THE COURT:**  Just give me a minute.

3                    All right.  That's all the questions I have.

4                    Mr. Finger, do you want to ask any questions?

5                    **MR. FINGER:**  Yes.  Thank you, Your Honor.

6                    **THE COURT:**  Well, do you want Mr. Finger to ask

7    you questions?

8                    **THE WITNESS:**  I'm okay.  Thank you so much.

9    Are these just copies for me, Your Honor?

10                   **THE COURT:**  No, actually.

11                   **THE WITNESS:**  Okay.  You would like them back.

12   Sorry, here you go.

13                   Did you have questions for me?

14                   **MR. FINGER:**  Yes.

15                   **THE WITNESS:**  Oh, I'm sorry.

16                   **MR. FINGER:**  I will try to be brief.

17                   **THE WITNESS:**  I thought we were done.

18                              EXAMINATION

19   **BY MR. FINGER:**

20   **Q.**    Ms. LaPray, what do you do for a living?

21   **A.**    I'm a paralegal.

22   **Q.**    How much do you make as a paralegal per year?

23   **A.**    Around 70,000.

24   **Q.**    And do you -- you're supporting two children,

25   correct?

1    **A.**   Yes.

2    **Q.**   How old are they?

3    **A.**   I have a son who is four and a daughter who is eight.

4    **Q.**   And do you have any idea at this time what your

5    monthly living expenses are or in the range?

6    **A.**   Probably about four to $4500 a month.

7    **Q.**   And do you have any other source of income?

8    **A.**   My kids get Social Security.  After Brandon passed

9    away, they get Social Security, but that's strictly for

10    them.

11    **Q.**   I understand.

12    Do you have any estimate about how much money you

13    have in the bank or other institution as of today?

14    **A.**   I have about probably 6,000 in the bank right now,

15    and then I have some savings.  I was in a car accident and

16    I got a settlement from that, but that's just put into

17    savings for a rainy day.

18    **Q.**   Okay.  Can you --

19    **A.**   It's not.  I have probably about 30,000 in savings.

20    **Q.**   Thank you.

21    How did you become the owner of Backertop LLC?

22    **A.**   Brandon had approached me with the opportunity, and

23    Linh, from my understanding, handled everything as far as

24    setting up the entities and managers and things like that.

25    **Q.**   In obtaining the patents, did Backertop incur any

1   financial obligations?

2   **A.**   I'm sorry.  What was your question?

3   **Q.**   Once Backertop received these patents, did it incur

4   any financial obligations regarding those patents?

5   **A.**   Not that I'm aware of.

6           **MR. FINGER:**  Your Honor, if I may approach, I

7   have a document I would like to ask her a couple of

8   questions about?

9           **THE COURT:**  Sure.

10          **MR. FINGER:**  I'm sure the Court has seen this

11  already.  It's the consulting agreement.

12          **THE COURT:**  What I'd like to do is let's mark

13  this as Exhibit 8.  And yes, we have seen it, and we

14  discussed it with Ms. LaPray, I believe, in November of

15  2022, but you're happy to ask her more questions if she's

16  willing to take them.

17          **MR. FINGER:**  Thank you.

18          Was I involved in November of '22?

19          **THE COURT:**  I have no idea, Mr. Finger.

20  **BY MR. FINGER:**

21  **Q.**   Do you have that document in front of you?

22  **A.**   I have it right here, yes.

23          Oh, we can switch.

24          **MR. FINGER:**  I think the answer to that

25  question, Your Honor, is no, I was not involved yet.

1          **THE COURT:**  I'm sorry?

2          **MR. FINGER:**  I think the answer is no, I was

3     not involved.  I wasn't thinking '22 or '23.

4     **BY MR. FINGER:**

5     **Q.**   Ms. LaPray, turn to the last page, please.

6     **A.**   I'm here.

7     **Q.**   Is that your signature?  Of the second of the two

8     signatures, the second one, is that yours?

9     **A.**   Yes.

10    **Q.**   Is that a circumstance where you put your electronic

11    signature on the page?

12    **A.**   Yes.

13    **Q.**   Okay.  Actually, in what capacity did you sign this

14    document?

15    **A.**   As the managing member, the manager of Backertop.

16    **Q.**   I'll ask you to go back to the first page.  And look

17    at the first paragraph under the Roman numeral one,

18    responsibilities.  Take a moment to read that to yourself.

19    **A.**   And how much do you want me to read of it, like the

20    whole?

21    **Q.**   The whole thing.  It's actually one very long

22    sentence, so if you just read that one sentence.

23    **A.**   One paragraph?

24    **Q.**   Yes.

25    **A.**   Okay.

1    **Q.**    Do you recall reading that sentence when you signed

2    the document?

3    **A.**    Yes.

4    **Q.**    Does that paragraph, does it identify the services

5    that Mavexar is authorized to provide to Backertop?

6    **A.**    Yes.

7    **Q.**    Does the agreement authorize Mavexar to do anything

8    regarding the patents other than the items listed in that

9    paragraph?

10    **A.**    No.

11    **Q.**    Does the agreement authorize Mavexar to sell the

12    patents?

13    **A.**    No.

14    **Q.**    Does the agreement authorize Mavexar to make use of

15    the patents itself?

16    **A.**    No.

17    **Q.**    Could Mavexar settle any case without your approval?

18    **A.**    No.

19    **Q.**    Will you please turn to the third page.

20            **THE COURT:**  By the way, you think that helps

21    her?  So you think you're here asking me to give

22    Ms. LaPray leniency, and you're reading a document, of

23    which I think the truthfulness has already been called

24    into question.  And you're suggesting by your questions

25    that Ms. LaPray really did have actual authority, and that

1    IP Edge and Mavexar did not act without her authority?

2    That's what you're saying.

3              Because understand, Mr. Finger, it seems to me

4    what you are adducing would do the opposite of asking for

5    leniency.

6              **MR. FINGER:**  Respectfully, Your Honor, that's

7    not what I'm going for.  I'm not going for her control.

8    I'm going for the extent of Mavexar's control.

9              **THE COURT:**  Right.  And so that begs the

10   question, who are you really representing here?

11             That question seems to me to be designed to

12   adduce a statement that is favorable to Mavexar and

13   contrary to Backertop and, more importantly, where we are

14   now, to Ms. LaPray's individual interests.

15             **MR. FINGER:**  Well, Your Honor.

16             **THE COURT:**  But I'll leave it to you.

17             **MR. FINGER:**  Thank you.

18             **THE COURT:**  You are Backertop's lawyer.

19             **MR. FINGER:**  But if I could put my cards on the

20   table on the issue of ownership.  As you know, Your Honor,

21   everyone who had Property 101 in law school knew that

22   ownership involves a bundle of sticks, at least that's

23   what I was taught, each stick representing an individual

24   right, the right to use property, the right to use

25   alienated property.

1          And so I am identifying boundaries, rights

2    they had and rights that they didn't have.  I believe that

3    goes to the -- that goes to the legal ownership.  I

4    understand Your Honor's point about the fact of ownership.

5          But again, in my research, which has not been

6    extensive at this point, but I have researched, is the

7    case that, if you don't have the right to sell a property,

8    if you don't have the right to use the property, you're

9    not an owner.  And you're not a de facto owner either.  So

10   that's the legal argument I will be making.

11         **THE COURT:**  And I find it interesting the legal

12   argument, it seems to me, you're making is an advance or

13   to advance, rather, the interests of Mavexar and IP Edge.

14   And I just remind you, you are Backertop's counsel.

15         **MR. FINGER:**  I understand that, Your Honor.

16         **THE COURT:**  And Backertop is solely owned,

17   consists of one member, who is sitting in the witness

18   stand, and for whom you have asked for leniency.  And I

19   think your questions are quite remarkable given that, but

20   go ahead.

21         **MR. FINGER:**  Thank you, Your Honor.

22         In light of Your Honor's comments, I will have

23   no other questions.

24         **THE COURT:**  You may step down.

25         **THE WITNESS:**  Thank you, Your Honor.  Would you

1    like this exhibit as well?

2         (Witness steps down.)

3         **THE COURT:**  All right.  So all that remains is

4    for me to address the argument for leniency on the fine.

5    And I'm not going to reduce the fine.  Ms. LaPray, let me

6    explain why.

7         For starters, you played a role, albeit I think

8    a minimal role, in the orchestrating...and even using the

9    word "orchestrating," it shouldn't apply to you because I

10   think you are largely a pawn.  That's what the facts

11   suggest to me.

12        I think as we, for instance, discussed at the

13   outset of this hearing, somebody submitted to the Patent

14   and Trademark Office documents using your name, using

15   Backertop as the named title holder of the patents, and

16   represented to the PTO, and, by that, represented to the

17   world at large, that Backertop, and Backertop alone, held

18   exclusive title to the asserted patents.

19        And yet, the document that we looked at titled

20   Patent Assignment Agreement indicates otherwise.  And the

21   agreement between Daedalus and Terrace indicates

22   otherwise.  So somebody using Linh Dietz's e-mail from

23   IP Edge was deceiving the PTO and deceiving the world at

24   large, deceiving this Court and deceiving the defendants

25   who were sued, and your name was used to form Backertop

1    with your permission and to bring these lawsuits.

2            And I understand you were not well served by

3    Mr. Burns or Mr. Chong.  They never obtained from you

4    informed consent to take any action on behalf of Backertop

5    or you personally.

6            I've referred Mr. Chong already to disciplinary

7    counsel.  I will, as a result of this hearing and the

8    Backertop production, refer Mr. Burns to his respective

9    disciplinary counsel.

10           I will also, again, refer these matters now to

11   the Department of Justice consistent with what I said in

12   the Nimitz opinion.  And I do believe that, to a large

13   extent, Ms. LaPray is a victim in this case.  But she's

14   not a complete victim in that she did lend her name to be

15   used.

16           And I understand your personal circumstances

17   were very challenging, but they should have, perhaps, been

18   brought to my attention.  This has taken years instead of

19   really weeks to resolve.

20           And it would send a terrible message to the

21   folks at IP Edge and Mavexar, to the litigants or the

22   nominal owners they're recruiting or they were recruiting

23   to bring suits, which are no longer brought in this court.

24   They're being brought in Texas now, it's very clear,

25   because of the disclosures that were required to be made

1    in this Court.

2            But somebody has to send a strong signal that

3    this Court will not tolerate that kind of deceit.

4            And then the other reason, and this is really

5    important, Ms. LaPray, I'm not going to mitigate the fine

6    is because I think you should consult with a lawyer about

7    whether you have causes of action against Mavexar and

8    IP Edge and the principals associated with those entities

9    that led you down this road, that did not consult with you

10   as we've established this morning.

11           Nobody, according to your testimony, from

12   IP Edge or Mavexar from Fresh IP from the Jimmy Chong firm

13   reached out to tell you that August Home was going to go

14   after Backertop to recover attorney fees and costs.  Could

15   have been costly.

16           My sense is Mavexar will pay that fine because

17   they've gone to extraordinary efforts in this case to keep

18   from the public their machinations.  And so I'd be

19   surprised if they don't come forward.

20           But I would advise you to consult with a

21   lawyer, perhaps, somebody other than Mr. Finger, a lawyer

22   who understands that your personal interests do not

23   completely overlap with Mavexar's interests and IP Edge's

24   interests or the individuals associated with those

25   entities.

1          So I am going to reduce the fine to a judgment,

2     and I will bring it to the attention of the Department of

3     Justice.  Their financial litigation unit will be

4     responsible for enforcing the judgment.  And as I say, I

5     think you should consult with counsel about how to address

6     that.  All right.

7          So this matter is concluded at this point.

8     I've mentioned the referrals I'll make.

9          Anything else, Mr. Finger?

10         **MR. FINGER:**  No, thank you, Your Honor.

11         **THE COURT:**  All right.

12    Good luck, Ms. LaPray.

13         (The proceedings concluded at 10:30 a.m.)

14

15

16               CERTIFICATE OF COURT REPORTER

17

18    I hereby certify that the foregoing is a true and

19    accurate transcript from my stenographic notes in the

20    proceeding.

21

22                         /s/ Bonnie R. Archer
                             Bonnie R. Archer, RPR, FCRR
23                           Official Court Reporter
                             U.S. District Court

24

25

BY MR. FINGER: **[3]**
49/19 51/20 52/4
**BY THE COURT: [8]**
6/5 20/13 27/12
27/24 31/5 40/5
41/3 43/22
**MR. FINGER: [26]**
2/11 3/2 3/6 3/14
3/16 4/25 5/6 5/13
5/18 27/9 27/17
49/5 49/14 49/16
51/6 51/10 51/17
51/24 52/2 54/6
54/15 54/17 54/19
55/15 55/21 59/10
**THE CLERK: [2]**
5/21 6/3
**THE COURT: [28]**
2/7 2/25 3/5 3/11
3/15 3/20 5/4 5/7
5/17 5/19 27/10
27/22 49/2 49/6
49/10 51/9 51/12
51/19 52/1 53/20
54/9 54/16 54/18
55/11 55/16 55/24
56/3 59/11
**THE WITNESS: [6]**
5/23 49/8 49/11
49/15 49/17 55/25

**$**

**$35,000 [1]** 4/12
**$4500 [1]** 50/6
**$53,000 [1]** 37/17

**'**

**'22 [3]** 47/14 51/18
52/3
**'23 [2]** 38/3 52/3

**.**

**...and [1]** 32/19

**/**

**/s [1]** 59/21

**0**

**0149 [1]** 40/7
**0169 [1]** 40/7

**1**

**10 [4]** 33/17 33/18
44/1 46/8
**101 [1]** 54/21
**10:30 [1]** 59/13
**10:50 a.m [1]** 20/21
**11 [1]** 31/10
**11/10/2022 [1]** 28/2
**115 [1]** 41/5
**116 [2]** 41/5 41/9
**12 [2]** 28/13 31/2
**13 [1]** 40/18
**16 [1]** 43/23
**17 pages [1]** 46/25
**18 [1]** 1/15
**19 [1]** 29/4
**1:22-cv-00573-CFC
[1]** 1/4
**1:22-cv-0572-CFC [1]**
1/9

**2**

**2001 [3]** 25/12
25/17 28/14

**2002 [3]** 31/14
**2022 [8]** 15/4 16/14
20/22 28/2 33/7
39/11 40/18 51/15
**2023 [4]** 44/1 46/8
47/11 47/20
**204 [1]** 1/15
**22-574 [1]** 47/2
**23 [2]** 16/14 22/24
**26 [1]** 41/10
**27 [4]** 31/16 33/19
35/3 35/19
**27th day [1]** 31/14
**29 [3]** 25/12 25/17
28/13

**3**

**30,000 [1]** 50/19
**33 [1]** 43/23
**3rd [1]** 21/15

**4**

**4/23 [1]** 22/24
**447 [2]** 20/9 20/15
**449 [1]** 21/7
**452 [2]** 21/24 23/16
**453 [2]** 23/13 24/25
**455 [1]** 22/17
**457 [1]** 24/3
**458 [1]** 20/15
**49 percent [1]**
28/24

**5**

**5 percent [2]** 39/2
39/3
**574 [1]** 47/2

**6**

**6,000 [1]** 50/14

**7**

**70,000 [1]** 49/23

**8**

**844 [1]** 1/18

**9**

**90:00 [1]** 1/15
**9:00 [1]** 2/5

**A**

**a.m [4]** 1/15 2/5
20/21 59/13
**abate [1]** 2/15
**abeyance [1]** 4/24
**ability [2]** 29/10
29/14
**about [29]** 3/3 6/25
8/11 17/2 17/4 22/7
28/18 31/16 33/7
38/6 38/22 38/22
39/18 39/19 39/22
39/25 43/12 44/9
46/5 46/6 47/13
50/6 50/12 50/14
50/19 51/8 55/4
58/6 59/5
**above [1]** 34/3
**accept [2]** 32/18
41/21
**accident [1]** 50/15
**according [2]** 27/6
58/11
**account [1]** 7/12

**accounting [1]** 9/18
**accounts [1]**
9/13
**accurate [2]** 11/8
59/19
**acknowledged [2]**
17/16 34/22
**acknowledges [4]**
26/12 33/24 35/4
35/21
**act [1]** 54/1
**acting [1]** 6/15
**action [3]** 41/24
57/4 58/7
**actual [1]** 53/25
**actually [10]** 4/17
9/25 16/2 23/15
27/1 33/22 37/13
49/10 52/13 52/21
**added [1]** 11/3
**address [7]** 7/5 7/7
7/8 7/9 14/24 56/4
59/5
**addressed [1]** 21/15
**addresses [1]** 17/17
**adduce [1]** 54/12
**adducing [1]** 54/4
**administered [1]**
5/10
**advance [2]** 55/12
55/13
**advise [4]** 35/10
37/22 43/8 58/20
**advised [5]** 33/25
34/8 34/22 35/15
35/21
**affidavit [1]** 9/9
**affirmed [1]** 6/1
**afford [4]** 4/14
4/18 36/24 37/18
**after [10]** 19/2
21/23 32/1 33/7
36/6 45/15 47/11
47/12 50/8 58/14
**again [6]** 11/23
22/18 22/22 43/2
55/5 57/10
**against [4]** 3/22
5/7 30/13 58/7
**agency [1]** 30/14
**ago [4]** 8/18 36/14
39/17 46/1
**agree [2]** 13/13
23/23
**agreeable [1]** 42/9
**agreement [51]**
17/21 17/22 18/22
22/1 22/2 22/4
22/16 22/22 23/8
23/23 25/1 25/11
25/17 26/25 27/3
27/15 28/10 28/18
28/21 29/3 29/17
29/23 31/14 32/19
34/2 34/10 34/25
35/5 35/13 39/5
39/7 41/18 46/8
46/9 46/11 46/12
46/16 46/24 47/5
47/16 47/17 48/1
48/13 48/14 48/16
51/11 53/7 53/11
53/14 56/20 56/21
**agreement...actually
[1]** 22/15
**agreements [1]**

**18/25
agree [9]** 6/25
26/4 26/19
**ahead [1]** 55/20
**albeit [1]** 56/7
**alienate [1]** 19/20
**alienated [1]** 54/25
**all [68]**
**allow [2]** 5/2 5/15
**allows [1]** 2/23
**alone [2]** 4/11
56/17
**along [1]** 33/9
**already [7]** 24/15
28/2 31/19 43/15
51/11 53/23 57/6
**also [5]** 26/12
32/19 32/21 48/6
57/10
**Although [1]** 43/15
**always [2]** 38/16
38/18
**am [4]** 11/5 40/2
55/1 59/1
**among [1]** 29/9
**answer [4]** 2/13
18/16 51/24 52/2
**any [52]** 3/12 6/21
6/22 6/24 7/13 7/17
7/20 7/23 8/7 9/1
9/7 9/10 9/13 9/15
9/18 10/13 11/16
12/1 19/24 24/9
25/16 25/19 30/7
30/11 30/16 31/20
31/22 32/18 32/22
32/22 32/23 33/13
33/3 33/8 34/13
34/18 37/13 37/14
38/5 38/25 39/21
42/12 43/12 45/19
49/4 50/4 50/7
50/12 50/25 51/4
53/17 57/4
**anybody [10]** 7/16
9/5 10/22 17/4
30/19 32/8 35/10
40/23 42/4 43/12
**anyone [7]** 11/25
12/12 29/20 34/23
37/6 37/22 48/11
**anything [8]** 3/10
17/2 37/9 37/12
46/6 48/25 53/7
53/9
**apologize [1]** 8/3
**apparently [1]**
16/19
**appear [4]** 4/19
21/14 36/18 39/19
**APPEARANCES [1]**
1/23
**appears [5]** 20/17
21/8 22/4 22/9
28/16
**applicable [1]** 26/5
**applications [1]**
18/19
**apply [1]** 56/9
**approach [3]** 5/1
27/20 51/6
**approached [1]**
50/22
**approval [1]** 53/17
**approve [1]** 32/18
**approved [3]** 46/13

**46/17 46/20
April [7]** 1/14
31/14 31/16 44/1
46/8 47/11 47/20
**April 10 [2]** 44/1
46/8
**April 2002 [1]**
31/14
**April 23 [1]** 16/14
**April 27 [1]** 31/16
**arbitration [3]**
34/2 35/16 35/22
**Archer [2]** 59/21
59/22
**are [32]** 2/18 2/18
4/1 6/8 9/5 10/7
10/18 18/14 19/8
23/12 27/5 28/25
34/15 35/25 40/6
41/8 43/3 43/6
45/18 47/24 48/2
49/9 50/2 50/5 54/4
54/10 54/13 54/18
55/14 55/19 56/10
57/23
**argument [3]** 55/10
55/12 56/4
**Around [1]** 49/23
**arrangements [2]**
36/19 36/22
**as [44]** 4/10 5/25
6/1 12/14 13/2 13/5
13/8 13/8 15/20
16/11 16/16 19/6
19/6 20/9 20/11
22/18 23/24 24/15
28/1 29/8 30/16
30/20 31/3 31/19
32/12 40/3 43/20
46/11 46/11 47/18
48/2 49/22 50/13
50/23 50/23 51/13
52/15 54/20 56/1
52/15 55/15 57/7
58/10 59/4
**ask [12]** 3/11 5/1
5/16 7/16 27/20
32/4 38/22 49/4
49/6 51/7 51/15
52/16
**asked [10]** 7/19
7/21 8/14 14/15 30/7
34/18 37/6 38/9
38/10 55/18
**asking [3]** 46/8
53/21 54/4
**asks [1]** 3/18
**asserted [6]** 13/12
14/5 17/11 18/3
18/11 56/18
**asserting [1]** 29/1
**assign [3]** 19/20
29/10 29/14
**assigned [3]** 19/8
19/14 19/19
**assignee [7]** 15/19
19/20 23/22 25/7
26/1 26/11 26/19
**assignment [30]**
12/17 13/9 14/3
14/5 14/15 15/3
15/13 17/7 17/14
19/2 20/18 21/8
21/19 22/2 22/4
22/10 23/7 23/23
24/6 24/11 24/17

**A**

assignment... [9]  25/1 25/11 26/24 28/17 29/5 29/17 29/21 29/23 56/20
assignor [6]  16/16 22/19 23/19 23/22 26/6 26/13
assigns [2]  17/17 23/20
associated [9]  3/12 9/6 12/2 24/18 27/8 34/23 45/3 58/8 58/24
assume [3]  27/2 30/17 32/4
assumes [1]  25/10
attached [6]  21/23 23/24 42/13 42/19 46/9 46/24
attachment [2]  43/15 43/18
attachments [1]  15/5
attention [3]  29/22 57/18 59/2
attorney [8]  12/1 34/18 34/19 40/25 41/20 42/9 43/13 58/14
attorney's [1]  40/15
attorneys [7]  8/15 34/11 34/14 34/16 36/8 46/19 46/22
AUGUST [9]  1/6 38/3 40/24 41/16 41/18 41/23 42/9 46/10 58/13
authority [3]  34/11 53/25 54/1
authorize [3]  53/7 53/11 53/14
authorized [1]  53/5
avoid [3]  4/8 27/18 43/9
aware [8]  6/8 6/12 31/21 35/18 35/25 37/11 42/5 51/5
away [3]  36/7 38/3 50/9

**B**

back [10]  3/3 3/8 9/16 11/23 23/13 23/15 46/11 46/12 49/11 52/16
BACKERTOP [109]
Backertop's [8]  6/22 10/11 12/2 32/2 33/2 38/25 54/18 55/14
bad [1]  4/20
bank [6]  9/10 9/13 11/17 11/20 50/13 50/14
based [1]  31/25
basically [3]  14/12 20/17 21/18
basis [3]  2/15 35/6 35/12
Bates [3]  20/14 31/2 40/7
Bates-stamped [2]  31/2 40/7
be [38]  2/7 2/8

2/23 5/4 6/3 8/23 9/7 10/1 13/17 13/24 14/15 20/17 21/8 21/14 21/18 22/4 22/10 23/20 23/21 25/7 25/23 26/1 26/3 26/5 26/19 28/16 28/24 30/8 37/7 41/20 45/1 46/19 49/16 54/11 55/10 57/14 57/25 58/18 59/3
bear [1]  39/8
became [3]  6/12 15/25 16/3
because [8]  2/21 27/1 38/17 54/3 56/9 57/25 58/6 58/16
become [2]  45/3 50/21
been [19]  4/6 4/9 5/25 8/1 20/14 32/2 33/10 35/21 36/14 37/6 37/14 38/7 46/13 46/16 49/1 53/23 55/5 57/17 58/15
before [14]  1/20 2/14 8/21 9/1 9/6 18/19 21/21 32/5 32/9 33/10 40/21 42/22 45/14 47/5
beginning [2]  24/3
begs [1]  54/9
behalf [7]  3/8 6/15 33/3 33/11 34/19 35/12 57/4
being [10]  5/25 8/4 12/16 14/14 19/8 19/23 30/7 32/20 48/5 57/24
believe [17]  4/18 7/2 10/24 12/8 16/7 20/6 36/2 37/12 38/18 39/2 39/3 46/4 47/14 47/14 51/14 55/2 57/12
between [15]  12/10 22/5 25/12 25/17 27/3 28/10 29/17 29/23 33/5 33/10 36/10 39/5 42/7 46/9 56/21
binding [2]  35/15 35/22
bit [1]  20/24
Blue [3]  25/12 25/18 27/3
blur [1]  49/1
Bonnie [2]  59/21 59/22
books [1]  9/15
both [2]  15/8 15/16
bottom [5]  13/15 21/4 21/10 22/17 28/1
bound [3]  26/3 26/5 26/20
boundaries [1]  55/1
boxes [1]  21/1
branch [1]  5/10
Brandon [10]  38/1 38/17 44/20 45/3 45/9 45/13 45/15

48/18 50/8 50/22 Brandon's [3] 46/2
bridge [1]  38/13
brief [1]  49/16
bring [6]  4/13 4/14 29/22 57/1 57/23 59/2
broad [3]  41/21 42/10 42/20
brought [4]  4/7 57/18 57/23 57/24
bug [1]  43/9
bunch [1]  41/8
bundle [1]  54/22
Burns [26]  8/11 8/22 9/22 25/20 28/5 32/1 32/5 32/9 33/1 33/6 33/9 33/14 34/23 35/9 35/11 35/20 35/25 40/11 40/23 41/10 40/22 42/7 42/8 43/2 57/3 57/8

**C**

C.A [2]  1/4 1/9
call [1]  38/17
called [6]  5/25 7/13 10/7 38/17 38/18 53/23
came [3]  45/15 46/2 47/14
camera [1]  2/24
can [4]  4/21 6/24 17/6 20/9 23/9 24/25 29/16 32/15 33/17 35/2 46/10 50/18 51/23
can't [5]  4/18 29/19 30/9 31/18 44/16
CANARY [1]  1/11
cannot [1]  37/18
capacity [1]  52/13
capital [1]  33/22
car [1]  50/15
cards [1]  54/19
case [9]  8/1 12/4 14/6 28/22 47/2 53/17 55/7 57/13 58/17
cases [4]  12/2 13/13 17/11 32/1
cause [2]  4/3 4/22
causes [1]  58/7
certain [2]  31/17 31/18
CERTIFICATE [1]  59/16
certify [1]  59/18
CFC [2]  1/4 1/9
chain [2]  42/6 43/15
challenging [1]  57/17
chambers [1]  44/25
Chaudhari [8]  36/4 42/7 42/8 42/23 43/2 44/5 44/10 45/4
cheap [1]  4/9
checking [1]  41/15
children [1]  49/24
Chong [8]  7/2 8/24 9/2 39/15 39/22

57/3 57/6 58/12 chosen [1] 2/11
circumstance [1]  52/10
circumstances [1]  57/16
clause [1]  34/2
clear [3]  10/14 34/7 57/24
client [8]  32/13 32/17 32/20 33/24 34/1 35/4 35/5 35/21
client's [1]  41/16
clients [1]  41/23
CNS [6]  42/10 42/13 42/14 43/7 46/7 46/9
Code [1]  30/14
collect [2]  18/24 18/25
collection [1]  5/9
collectively [1]  48/2
COLM [1]  1/20
come [9]  4/2 12/6 27/22 37/22 38/3 38/13 46/1 47/13 58/19
commenced [1]  2/4
comments [1]  55/22
communicate [2]  6/16 6/17
communication [2]  33/5 36/10
communications [5]  9/2 33/3 33/10 36/15 36/17
company [1]  42/12
complaint [1]  41/17
complete [1]  57/14
completely [1]  58/23
complied [1]  8/12
computer [3]  2/9 8/7 16/4
concert [1]  4/7
concluded [2]  59/7 59/13
conditions [1]  26/5
condolences [1]  44/25
CONNECT [1]  1/11
connection [5]  30/19 32/22 34/1 34/9 34/25
CONNOLLY [1]  1/20
conscious [1]  4/19
consent [2]  34/18 57/4
consideration [2]  17/15 25/4
consist [1]  19/23
consistent [1]  57/11
consists [1]  55/17
constitute [1]  15/9
consult [5]  43/12 58/6 58/9 58/20 59/5
consulting [1]  51/11
content [2]  21/2 21/3
continues [1]  42/6
contrary [1]  54/13

control [4]  3/4 3/5 54/1 54/2
conversation [4]  38/10 39/20 39/25 44/16
conversations [5]  16/24 38/7 38/8 44/12 44/21
convey [1]  26/25
conveying [1]  13/5
conveys [1]  17/18
copies [2]  7/17 49/9
copy [5]  6/19 7/22 14/13 20/18 31/24
copying [1]  44/5
corner [3]  15/16 21/11 24/4
correct [56]  8/23 9/3 9/4 9/12 11/15 15/16 15/17 16/13 16/13 16/15 16/15 17/12 17/13 18/11 18/14 19/4 19/13 19/17 19/21 20/1 20/23 21/17 23/2 24/8 24/10 24/13 24/14 24/19 24/21 25/9 26/2 27/5 28/14 28/18 28/20 28/19 28/22 28/23 29/2 32/3 32/14 39/12 39/14 40/12 42/24 42/25 44/1 44/4 44/5 44/7 46/25 47/3 47/13 47/21 47/25 49/25
correspondent [1]  14/22
corresponder...the [1]  14/22
cost [1]  4/15
costly [1]  58/15
costs [6]  12/1 39/8 40/15 40/25 43/13 58/14
could [10]  2/17 4/3 4/6 4/14 12/24 34/14 45/2 53/17 54/19 58/14
couldn't [9]  4/9 31/17 36/24 38/16 39/6 47/8 47/9 48/10 48/21
counsel [9]  1/25 33/25 34/8 34/24 35/25 55/14 57/7 57/9 59/5
couple [5]  11/7 25/21 36/14 36/15 51/7
course [2]  2/12 47/19
court [32]  1/1 1/20 2/15 4/21 4/22 5/1 5/15 6/9 6/19 6/23 7/14 7/18 7/24 9/1 17/11 20/5 27/18 27/18 38/11 40/7 44/25 47/3 47/12 47/12 51/10 56/24 57/23 58/1 58/3 59/16 59/22 59/23
Court's [2]  8/8 39/23
courtroom [1]  2/4

**C**

covenant [4]  41/21 42/16 42/19 48/5
covenants [1]  26/14
cover [13]  12/17 13/9 14/3 14/5 14/15 15/3 15/5 20/18 21/5 21/8 22/11 29/21 48/17
coverage [1]  42/20
covered [5]  7/18 7/23 8/7 14/9 39/23
covers [1]  48/6
CPA [2]  10/2 10/4
Criminal [1]  30/13
cross [1]  38/13
current [1]  43/8
custody [1]  9/16
cv [2]  1/4 1/9

**D**

Daedalus [8]  25/12 25/18 27/3 27/15 28/10 28/22 28/24 56/21
Danae [2]  44/7 44/18
data [2]  13/2 13/5
date [7]  19/2 22/16 22/24 22/24 23/10 31/12 47/18
dated [7]  16/14 21/15 25/17 28/13 40/18 41/10 43/25
daughter [1]  50/3
DAVID [1]  1/25
day [3]  31/14 42/8 50/17
days [2]  36/14 43/1
de [1]  55/9
deadline [1]  42/22
deceit [1]  58/3
deceiving [4]  56/23 56/23 56/24 56/24
decided [1]  30/1
decision [1]  4/19
declaratory [1]  41/17
Defendant [2]  1/7 1/12
defendants [1]  56/24
defines [2]  18/13 32/12
definition [1]  22/8
DELAWARE [3]  1/2 1/18 41/24
demand [3]  38/4 40/25 43/13
Department [5]  3/25 5/5 5/11 57/11 59/2
designed [1]  54/11
detail [1]  31/9
determine [2]  7/13 7/23
did [59]  3/11 3/15 3/16 4/11 7/12 7/16 8/6 8/9 8/10 8/11 9/5 9/10 10/8 10/11 10/13 12/6 12/11 13/22 14/1 17/25 20/4 20/6 29/16 30/9 30/19 31/17 31/18 32/4 32/8 33/1 33/8 33/14 35/10 36/4 36/21 37/22 39/10 39/14 42/2 42/4 43/12 45/3 47/5 47/6 47/6 48/11 48/16 49/13 50/21 50/25 51/3 52/13 53/25 54/1 57/14 58/9
didn't [18]  2/25 3/4 7/15 7/20 10/11 12/4 14/12 20/10 30/9 31/20 31/23 36/12 37/24 38/2 38/12 38/22 47/10 55/2
Dietz [5]  6/17 15/2 44/3 45/23 46/8
Dietz's [2]  7/6 56/22
different [3]  5/14 20/24 21/2
difficult [1]  45/1
direction [1]  42/23
disagree [1]  24/16
disciplinary [2]  57/6 57/9
disclose [1]  29/16
disclosing [1]  4/8
disclosures [1]  57/25
discuss [6]  12/11 33/1 40/23 42/2 42/4 48/11
discussed [12]  20/19 21/9 22/11 24/15 27/16 28/7 28/17 29/20 29/25 35/13 51/14 56/12
discussion [1]  3/3
discussions [4]  3/8 33/8 33/12 39/21
dispense [1]  3/21
DISTRICT [4]  1/1 1/2 1/20 59/23
DJ [3]  42/24 43/7 43/9
do [104]
document [31]  8/13 8/15 12/23 15/12 16/6 16/10 20/9 20/14 21/14 21/19 22/9 23/11 24/3 24/3 24/12 24/15 28/5 28/9 28/16 30/5 30/7 30/11 31/6 40/10 43/18 51/7 51/21 52/14 53/2 53/22 56/19
documents [19]  2/20 6/10 6/24 7/1 7/13 7/17 7/23 8/7 10/5 12/18 16/8 20/4 27/19 31/20 31/23 39/23 39/24 40/6 56/14
does [12]  9/13 26/25 27/7 27/21 37/9 42/16 48/22 53/4 53/4 53/7 53/11 53/14
doesn't [4]  2/16 2/19 3/24 21/9
dollars [1]  11/7
don't [66]
done [6]  30/12 38/7 42/22 43/6 43/9

49/17
Dorsey [9]  15/18 16/22 16/25 22/18
down [5]  22/7 22/7 55/24 56/2 58/9
draft [3]  42/13 42/19 47/20
Duane [4]  16/19 16/22 16/25 22/18
due [1]  19/1
duly [1]  6/1
duplicative [3]  14/11 14/12 31/24
during [1]  36/10

**E**

e-mail [18]  6/20 7/4 7/6 7/7 7/8 7/9 14/2 14/21 14/24 33/16 41/9 42/6 42/7 43/15 43/25 44/17 46/21 56/22
e-mails [12]  6/21 7/4 7/15 7/17 9/17 14/8 14/10 31/20 31/22 41/8 43/2 43/24
each [4]  32/21 39/7 45/7 54/23
earlier [2]  22/12 31/25
Edge [17]  3/12 36/21 38/5 46/4 46/5 46/6 47/13 47/24 48/2 48/7 48/17 54/1 55/13 56/23 57/21 58/8 58/12
Edge's [1]  58/23
effective [1]  19/2
efforts [1]  58/17
eight [1]  50/3
either [5]  2/15 7/22 9/12 13/24 55/9
electronic [5]  7/22 15/23 15/25 16/4 52/10
else [5]  16/8 22/15 37/12 43/6 59/9
email [1]  43/2
employed [1]  10/19
encumbrances [3]  26/15 26/21 27/2
end [1]  41/16
enforceable [1]  18/25
enforcement [5]  5/8 18/25
enforcing [2]  4/1 59/4
engage [1]  5/2
engagement [10]  12/8 12/9 32/5 32/10 32/12 32/15 33/18 35/3 35/20 39/9
enter [1]  32/18
entered [3]  5/8 25/11 47/17
entire [1]  3/4
entities [5]  3/13 48/3 50/24 58/8 58/25
entitled [1]  28/24
entity [1]  30/16
ESQ [1]  1/25
established [2]

31/19 58/10
estate [4]  57/8 57/8 57/9 57/9
even [2]  38/16 56/8
ever [37]  8/4 8/6 8/11 8/21 9/1 9/5 9/21 9/25 10/15 12/11 14/4 14/17 14/19 16/24 17/4 29/20 30/5 30/7 30/19 32/4 32/8 33/1 33/3 33/8 34/18 35/10 35/15 39/21 40/21 40/23 42/2 42/4 44/13 45/23 47/6 48/11 48/16
everybody [1]  44/24
everyone [1]  54/21
everything [3]  7/25 36/7 50/23
Evidentiary [1]  1/16
exact [3]  7/6 11/11 11/13
exactly [1]  10/7
EXAMINATION [2]  6/4 49/18
exception [1]  21/9
exchanges [1]  33/16
exclusive [8]  18/19 19/8 19/15 19/19 27/7 30/3 32/17 56/18
execute [2]  23/23 42/21
executed [1]  31/15
execution [1]  34/1
executive [1]  5/10
exhibit [23]  12/15 15/8 15/15 20/10 20/11 22/25 23/6 23/24 24/4 27/23 28/1 28/2 30/2 31/3 31/4 40/3 40/4 41/2 41/4 43/20 43/21 51/13 56/1
Exhibit 1 [2]  12/15 20/11
Exhibit 2 [1]  20/10
Exhibit 3 [2]  28/1 28/2
Exhibit 4 [1]  31/3
Exhibit 5 [1]  40/3
Exhibit 6 [1]  41/4
Exhibit 8 [1]  51/13
Exhibit A [3]  22/25 23/24 24/4
exhibits [2]  20/12 25/21
exist [3]  17/19 18/2 27/2
exists [2]  17/19 18/2
expend [1]  4/15
expense [2]  4/22 4/22
expenses [3]  12/1 39/8 50/5
expensive [1]  36/23
explain [3]  6/24 9/5 56/6
explore [1]  4/4
expresses [1]  44/25
expressly [1]  26/19
extend [1]  42/12
extends [1]  48/6

extensive [1]  55/6
extent [2]  54/8 57/13
extraordinary [1]  58/17
extremes [1]  4/8

**F**

fact [4]  33/2 39/10 40/24 55/4
facto [1]  55/9
facts [1]  56/10
fair [12]  7/24 8/20 15/11 17/20 22/9 26/24 27/13 29/11 29/12 29/14 29/15 34/21
false [1]  30/14
far [3]  13/8 19/6 50/23
favorable [1]  54/12
FCRR [1]  59/22
feasible [1]  37/20
Feel [1]  27/22
fees [8]  12/1 12/1 40/15 40/25 41/20 42/9 43/13 58/14
few [2]  5/16 43/23
file [7]  3/9 10/11 10/13 30/1 30/14 41/16 41/24
filed [28]  8/20 8/25 9/7 9/21 10/10 10/15 10/22 12/18 14/6 14/15 15/4 15/4 15/5 15/8 17/11 18/1 20/2 23/1 24/12 24/21 29/20 30/5 30/8 30/11 32/2 33/2 33/11 37/1
files [4]  7/22 7/22 7/22 9/17
filing [3]  9/6 38/25 43/7
filings [1]  4/11
filled [1]  9/9
finalize [2]  46/13 46/17
finally [1]  19/22
financial [4]  5/11 51/1 51/4 59/3
find [1]  55/11
fine [10]  2/15 3/21 4/18 37/17 38/9 56/4 56/5 58/5 58/16 59/1
FINGER [10]  1/24 1/25 2/10 37/17 49/4 49/6 51/19 54/3 58/21 59/9
finished [1]  5/16
firm [6]  32/9 32/20 32/23 35/6 40/11 58/12
first [18]  4/6 6/1 12/23 13/1 15/11 17/10 20/11 20/17 22/7 22/16 31/13 41/14 44/15 44/16 47/15 47/23 52/16 52/17
Fish [3]  40/11 41/10 41/13
five [2]  13/9 17/10 22/10 22/10 37/9

**F**
five... [2] 37/11 48/22
flout [1] 4/21
folks [1] 57/21
follows [1] 6/2
foregoing [1] 59/18
foreign [1] 18/20
form [5] 9/25 10/5 12/6 23/23 56/25
formal [1] 44/21
format [1] 20/24
formed [5] 11/2 37/13 37/14 45/11 45/11
forms [1] 10/8
forth [3] 3/3 3/9 31/13
forward [1] 58/19
four [4] 13/12 17/10 50/3 50/6
frame [1] 21/10
free [1] 27/22
Fresh [9] 31/1 32/8 34/10 34/23 35/6 35/9 35/11 40/24 58/12
friends [1] 45/7
front [2] 36/18 51/21
full [1] 41/19
funeral [1] 46/2
future [3] 17/19 18/3 18/24

**G**
Gau [5] 38/11 38/15 38/17 38/18 45/17
gave [1] 34/11
general [1] 39/19
generally [1] 39/18
get [10] 2/8 20/9 25/24 42/10 42/21 43/6 46/20 46/20 50/8 50/9
gets [1] 43/9
getting [1] 42/24 53/21
give [3] 2/8 49/2 53/21
given [4] 13/24 35/5 48/5 55/19
gives [1] 42/19
Gmail [1] 7/12
gmail.com [1] 7/11
go [13] 11/17 11/23 17/8 17/16 22/17 24/2 28/7 31/8 38/25 49/12 52/16 55/20 58/13
goes [4] 39/9 41/13 55/3 55/3
going [16] 3/7 12/14 32/4 36/10 38/1 38/11 40/2 41/4 43/24 54/7 54/7 54/8 56/5 58/5 58/13 59/1
gone [2] 4/8 58/17
good [8] 2/10 2/11 6/6 6/7 17/15 38/2 48/20 59/12
got [5] 3/10 10/3 11/19 25/4 50/16
government [1] 30/16
granted [1] 26/13

great [2] 4/8 4/22
guess [3] 21/21 30/23 41/13

**H**
had [37] 3/1 3/5 3/17 4/12 7/13 7/18 7/23 8/7 8/20 8/21 8/24 8/25 9/1 11/7 11/8 13/23 13/24 16/24 18/1 18/8 21/21 32/2 33/2 33/3 34/13 35/10 36/18 38/10 39/25 40/25 44/11 44/16 46/1 48/16 50/22 54/21 55/2
halfway [1] 22/7
hand [3] 12/14 15/16 24/4
handed [2] 20/14 27/25
handing [1] 27/19
handle [2] 35/6 35/11
handled [1] 50/23
handles [1] 5/12
handling [1] 8/15
handwrote [3] 15/24 15/25 28/2
happen [1] 38/12
happened [2] 7/25 36/7
happy [5] 2/23 14/8 14/13 31/22 51/15
hard [3] 4/17 7/17 7/22
has [24] 4/7 8/1 10/2 10/15 11/1 13/19 15/5 15/15 15/18 17/4 18/6 18/23 22/8 29/20 30/2 35/21 46/13 46/18 48/25 51/10 53/23 55/5 57/18 58/2
have [78]
having [3] 5/25 27/1 33/3
he [13] 33/2 33/10 38/3 38/18 38/20 38/22 41/14 43/2 44/11 44/18 45/14 48/19 48/19
headline [1] 40/14
hear [1] 3/20
hearing [9] 1/16 25/20 27/16 33/7 36/3 37/23 39/11 56/13 57/7
held [1] 56/17
Hello [1] 46/9
helps [1] 53/20
her [15] 3/8 3/18 7/6 44/21 44/22 46/1 46/2 46/17 46/23 51/7 51/15 53/21 54/1 54/7 57/14
here [15] 2/12 2/21 4/5 8/18 18/10 23/5 28/6 44/24 48/5 48/23 49/12 51/22 52/6 53/21 54/10
hereby [6] 17/16 17/17 23/20 23/22 25/10 59/18
herein [1] 47/13
hesitant [1] 4/20
Hey [1] 48/20
Hi [1] 41/14
him [12] 27/19 36/13 38/17 38/17 38/18 44/12 44/13 44/15 44/17 45/6 45/9 48/19
hire [3] 34/11 34/14 34/16
hired [1] 45/9
his [3] 38/13 38/16 57/8
hold [1] 4/23
holder [1] 56/15
home [8] 1/6 2/21 8/6 40/24 41/16 41/19 41/23 58/13
Home's [1] 42/9
Homes [1] 46/10
honest [1] 25/23
Honor [33] 2/11 2/12 2/17 2/20 2/23 3/2 3/18 5/1 5/15 5/18 8/23 23/12 25/23 27/9 27/17 27/20 29/25 30/4 30/9 33/15 35/2 36/6 49/5 49/9 51/6 51/25 54/6 54/15 54/20 55/15 55/21 55/25 59/10
Honor's [4] 2/13 2/24 55/4 55/22
HONORABLE [1] 1/20
hoping [1] 45/2
hourly [2] 35/7 35/12
how [17] 3/3 6/12 11/1 12/6 27/5 33/7 44/9 44/12 45/3 45/7 45/25 49/22 50/2 50/12 50/21 52/19 59/5
However [1] 3/17
huh [7] 16/21 18/12 18/15 24/22 26/7 43/17 47/22
husband [2] 36/7 48/19

**I**
I'd [4] 29/7 48/20 51/12 58/18
I'll [5] 28/5 40/2 52/16 54/16 59/8
I'm [38] 2/19 3/21 4/20 9/24 10/12 10/12 12/14 14/7 14/13 18/17 21/25 24/24 27/5 29/6 31/22 32/4 34/7 37/11 37/19 39/2 45/1 45/17 49/8 49/15 49/21 51/2 51/5 51/10 52/1 52/6 54/7 54/7 54/8 56/5 58/5
I've [6] 4/13 11/3 36/2 57/6 59/8
idea [3] 45/12 50/4 51/19
identical [2] 21/8 24/1
identification [6] 13/2 20/12 27/23 31/4 40/3 40/4 41/2 43/21
identified [6] 4/13 14/21 15/20 16/16 22/25 47/24
identifies [3] 13/2 13/5 16/11
identify [1] 53/4
identifying [1] 55/1
import [1] 19/11
important [3] 4/5 36/12 58/5
importantly [1] 54/13
impunity [1] 4/23
INC [2] 1/6 1/11
incidentally [1] 44/24
inclined [1] 3/21
include [3] 19/8 19/18 42/10
includes [2] 18/18 41/22
including [3] 9/1 19/9 39/9
income [4] 10/3 10/10 37/20 50/7
inconveniencing [1] 27/18
incorporated [1] 28/17
incur [2] 50/25 51/3
independent [3] 33/25 34/8 34/24
indicated [1] 4/16
indicates [2] 56/20 56/21
individual [2] 54/14 54/23
individuals [2] 3/12 58/24
informed [2] 3/19 57/4
infringement [2] 9/6 29/1
infringer [1] 32/22
inquiry [1] 5/13
instance [1] 56/12
instead [1] 57/18
institution [1] 50/13
interest [6] 17/19 18/2 18/7 18/14 23/21 26/4
interesting [1] 55/11
interests [5] 54/14 55/13 58/22 58/23 58/24
introduced [2] 25/21 28/6
involved [4] 32/23 51/18 51/25 52/3
involves [1] 54/22
IP [27] 3/12 31/1 32/8 34/10 34/23 35/6 35/9 35/11 36/21 38/5 40/24 46/4 46/5 46/6 47/13 47/24 48/2 48/7 48/17 54/1 51/3 53/21 57/21 58/23
IP Edge [6] 3/12 47/24 54/1 56/23 58/8 58/12
IPedge.com [1] 14/23
is [164]
issue [1] 54/20
issued [1] 6/9
issues [1] 47/12
it [131]
it's [42] 4/5 4/17 5/23 7/11 8/20 11/13 12/16 12/17 15/12 16/14 16/19 17/10 20/1 20/24 22/1 22/1 24/6 24/9 25/4 28/13 29/4 29/8 30/12 30/22 33/22 34/21 39/2 39/3 39/13 40/14 42/16 43/25 44/3 44/5 44/19 45/17 47/2 47/19 50/19 51/11 52/21 57/24
items [1] 53/8
its [8] 29/22 39/8 40/24 41/16 41/19 41/22 42/14 42/11
itself [1] 53/15

**J**
Jimmy [6] 7/2 8/24 39/15 39/17 39/25 58/12
Judge [1] 1/20
judgment [7] 3/22 5/7 5/9 5/9 41/17 59/1 59/4
judgments [1] 4/1
judicial [1] 2/16
just [46] 2/8 3/10 3/22 4/11 4/12 4/21 8/5 10/5 10/10 10/12 11/23 12/16 12/24 13/24 14/11 20/14 20/18 21/4 21/9 24/12 27/17 28/7 28/18 29/7 31/9 34/6 35/8 36/8 36/18 36/19 37/11 37/20 37/24 37/25 38/7 38/8 38/19 44/9 44/11 44/11 45/5 49/2 49/9 50/16 52/22 55/14
Justice [1] 3/25 5/5 5/11 57/11 59/3

**K**
keep [1] 58/17
kids [2] 37/19 50/8
kind [6] 2/17 9/2 11/23 24/18 49/1 58/3
King [1] 1/18
knew [6] 6/25 12/3 18/4 19/6 45/7 54/21
know [54] 2/17 4/19 4/21 7/6 8/18 9/9 9/22 10/6 10/15 11/1 11/10 11/13 11/18 13/23 13/23

**K**

know... [39]   14/12
16/22 17/2 24/16
29/19 30/1 30/4
30/4 30/11 31/15
33/15 33/15 37/3
37/3 38/21 38/21
38/21 39/6 39/6
42/14 42/20 43/4
44/9 44/11 44/12
44/24 45/4 45/16
46/5 46/6 47/19
48/10 48/13 48/14
48/15 48/18 48/21
48/24 54/20
knowledge [3]   25/16
37/2 37/3

**L**

L-O-R-I [1]   5/23
labeled [5]   15/8
23/16 24/4 25/4
33/17
LaPray [23]   2/12
2/16 3/18 3/23 4/7
4/7 4/16 5/2 5/20
5/23 5/25 6/8 13/16
13/19 49/20 51/14
52/5 53/22 53/25
56/5 57/13 58/5
59/12
LaPray's [1]   54/14
large [3]   56/17
56/24 57/12
largely [1]   56/10
last [28]   4/16 5/13
8/1 8/17 11/4 11/15
11/18 22/21 24/2
25/20 27/16 28/6
31/7 31/10 32/16
33/14 33/15 36/3
36/4 36/13 37/1
37/15 38/10 38/16
39/15 43/7 48/23
52/5
later [2]   43/1
43/25
law [5]   30/12 32/9
32/20 40/11 54/21
lawsuit [5]   32/19
32/23 35/6 37/2
37/7
lawsuits [12]   4/6
8/21 8/25 9/1 9/6
9/7 18/1 33/2 33/11
35/11 38/25 57/1
lawyer [7]   38/20
41/9 41/13 54/18
58/6 58/21 58/21
lawyers [2]   6/22
40/24
least [4]   4/15 20/8
45/3 54/22
leave [1]   54/16
led [1]   58/9
left [3]   15/16 24/4
28/1
left-hand [2]   15/16
24/4
legal [6]   33/25
34/8 34/24 55/3
55/10 55/11
lend [1]   57/14
lengthy [1]   29/8
leniency [5]   2/16
53/22 54/5 55/18

**56/4**
let [9]   20/24
24/16 24/16 32/4
37/13 42/20 43/19
56/5
let's [14]   15/11
17/8 22/15 22/15
22/16 23/13 23/15
23/15 27/15 41/8
44/9 46/7 47/15
51/12
letter [16]   12/8
12/9 30/25 31/12
31/13 32/6 32/10
32/12 32/15 33/18
35/3 35/20 40/11
40/18 40/21 41/19
letters [1]   33/22
license [3]   18/25
19/15 41/21
licenses [1]   26/14
licensing [17]   1/3
1/8 13/3 13/6 15/20
16/17 17/2 17/5
17/16 22/5 22/19
25/13 25/18 28/10
29/1 32/18 46/10
lie [1]   11/11
light [2]   47/13
55/22
like [17]   2/22 14/8
20/3 20/20 20/21
21/20 24/16 29/7
31/22 36/19 44/21
49/11 50/24 51/7
51/12 52/19 56/1
Lillian [1]   45/18
limitation [1]
19/10
limits [2]   29/10
29/13
lindhd [1]   14/23
line [1]   40/14
lines [2]   21/1 33/9
Linh [12]   6/17 7/6
10/6 10/8 13/24
15/2 16/9 44/3
45/23 46/8 50/23
56/22
Linh Dietz [5]   6/17
15/2 44/3 45/23
46/8
Linh Dietz's [2]
7/6 56/22
listed [1]   53/8
lists [2]   13/9
18/10
litigants [1]   57/21
litigate [1]   4/9
litigating [1]   12/2
litigation [3]   5/11
13/13 59/3
little [1]   20/24
living [2]   49/20
50/5
LLC [15]   1/3 1/8
1/24 13/3 13/6
15/20 16/17 17/2
17/5 17/16 25/12
25/13 25/18 25/18
50/21
LLCs [2]   37/13
37/14
long [2]   46/25
52/21
longer [1]   57/23

**look [28]**   7/17 7/19
7/21 8/9 19/19 20/4
20/4 21/7 22/7
22/14 22/16 23/11
23/16 24/25 27/15
28/1 28/9 28/13
28/20 29/4 29/7
30/25 31/12 35/19
40/10 43/1 46/7
47/15 52/16
looked [1]   56/19
looks [8]   20/3
20/20 20/21 21/2
21/12 21/18 22/10
22/13
Lori [7]   5/23 5/25
13/16 13/19 42/11
42/12 46/9
lorilapray [1]   7/11
lot [6]   3/3 31/8
36/9 37/24 37/25
48/18
luck [1]   59/12

**M**

machinations [1]
58/18
made [16]   4/17 4/18
11/1 11/7 11/8 14/1
19/10 25/11 27/10
31/14 32/22 38/4
40/25 42/23 47/17
57/25
Maher [2]   44/7
44/18
mail [18]   6/20 7/4
7/6 7/7 7/8 7/9
14/2 14/21 14/24
33/16 41/9 42/6
42/7 43/15 43/25
44/17 46/21 56/22
mails [12]   6/21 7/4
7/15 7/17 9/17 14/8
14/10 31/21 34/24
41/8 43/2 43/24
make [5]   2/14 8/12
19/10 29/22 31/9
34/7 36/21 42/16
49/22 53/14 59/8
makes [2]   42/18
42/18
making [1]   11/15
55/10 55/12
manager [1]   52/15
managers [1]   50/24
manages [1]   10/19
managing [4]   16/11
16/12 30/20 52/15
many [1]   43/25
mark [7]   12/14 20/9
27/25 31/3 40/2
43/20 51/12
marked [8]   12/16
20/10 20/12 27/23
31/4 40/4 41/2
43/21
materials [1]   7/5
matter [3]   3/25
40/14 59/7
matters [3]   4/9
4/17 57/10
Mavexar [48]   3/9
3/11 6/13 6/14 6/15
7/1 7/5 8/14 12/10
12/10 12/12 34/11
34/13 34/19 36/8

**36/21 36/24 38/4**
37/9 37/10 44/11
44/19 45/6 45/9
45/11 45/11 45/14
45/16 47/13 47/23
48/1 48/6 48/17
53/5 53/7 53/11
53/14 53/17 54/1
54/12 55/13 57/21
58/7 58/12 58/16
Mavexar's [2]   54/8
58/23
may [10]   15/4 17/19
18/2 20/22 21/15
26/13 36/6 41/20
51/6 55/24
May 2 [2]   15/4
20/22
May 3rd [1]   21/15
maybe [1]   4/2
me [41]   2/8 2/20
4/3 5/15 6/13 6/20
10/6 11/5 12/16
14/8 20/8 21/12
16/26 27/19 29/16
29/25 30/22 32/4
33/5 36/11 36/18
36/25 37/13 37/21
38/3 43/19 44/22
45/3 46/11 49/2
49/9 49/13 50/22
52/19 53/21 54/3
54/11 55/12 56/4
56/5 57/13 59/12
mean [12]   9/17 10/4
10/18 11/10 12/24
14/7 21/1 23/9 23/9
30/22 45/5 46/18
means [2]   2/20 43/4
member [5]   16/11
16/12 30/20 52/15
55/17
memorandum [1]   4/10
memorialized [1]
17/23
mentioned [2]   37/17
59/8
message [2]   4/21
57/20
messages [1]   7/20
met [8]   44/13 44/15
44/21 45/8 45/14
45/19 45/23 46/1
might [2]   11/4
11/25
mind [1]   8/1
mindful [1]   45/2
minimal [1]   56/8
minute [1]   49/2
mistaken [2]   39/2
45/17
mitigate [1]   58/5
mom [1]   37/19
moment [1]   52/18
money [5]   2/17 4/17
11/1 11/16 50/12
month [3]   39/16
39/16 50/6
monthly [1]   50/5
months [1]   43/25
more [4]   4/12 37/4
51/15 54/13
morning [5]   2/10
2/11 6/6 6/7 58/10
most [3]   6/16 6/17

**36/21 36/24 38/4**
37/9 37/10 44/11
44/19 45/6 45/9
45/11 45/11 45/14
45/16 47/13 47/23
48/1 48/6 48/17
53/5 53/7 53/11
53/14 53/17 54/1
54/12 55/13 57/21
58/7 58/12 58/16
Mr. [41]   2/10 8/11
8/22 9/2 9/20 28/5
28/5 32/1 32/5 32/9
33/1 33/6 33/9
33/14 34/23 35/9
35/11 35/20 35/25
37/17 39/22 40/11
40/23 41/10 42/2
42/7 42/8 42/8
42/23 43/2 43/2
49/4 49/6 51/19
54/3 57/3 57/3 57/6
57/8 58/21 59/9
Mr. Burns [26]   8/11
8/22 9/2 9/20 28/5
32/1 32/5 32/9 33/1
33/6 33/9 33/14
34/23 35/9 35/11
35/20 35/25 40/11
40/23 41/10 42/2
42/7 42/8 43/2 57/3
57/8
Mr. Chaudhari [3]
42/8 42/23 43/2
Mr. Chong [4]   9/2
39/22 57/3 57/6
Mr. Finger [8]   2/10
37/17 49/4 49/6
51/19 54/3 58/21
59/9
Ms [15]   2/12 2/16
3/17 4/7 4/7 5/2
5/20 6/8 49/20
51/14 52/5 54/14
56/5 57/13 59/12
Ms. [5]   3/23 4/16
53/22 53/25 58/5
Ms. LaPray [5]   3/23
58/5
much [7]   11/1 38/21
38/22 49/8 49/22
50/12 52/19
must [1]   45/1
my [35]   4/10 5/16
7/1 7/9 7/11 7/15
8/1 8/14 10/2 11/17
11/22 11/22 12/4
14/11 14/19 16/4
16/7 18/9 19/6
24/20 31/21 36/7
36/9 36/9 37/3
37/19 44/25 48/19
50/8 50/23 54/19
55/5 57/18 58/16
59/19

**N**

name [14]   5/21 12/2
13/15 16/10 20/5
32/2 37/14 37/15
38/16 38/25 41/14
56/14 56/21 57/25
named [3]   16/19
37/7 56/15
natural [1]   10/18
nature [3]   33/12
36/16 36/20
need [2]   31/23 43/6
needed [4]   8/12
31/21 31/23 46/12
negotiation [3]
34/1 34/9 34/25

**N**

neighborhood [1] 11/6
neither [1] 41/22
net [1] 28/25
never [16] 3/10 7/21 11/3 16/24 29/25 32/1 34/8 34/13 34/21 34/22 35/8 44/21 44/21 45/21 45/22 57/3
next [12] 21/4 21/7 21/13 21/13 21/23 22/21 25/25 26/11 26/18 30/24 41/24 42/7
Nimitz [1] 57/12
no [63]
Nobody [2] 16/8 58/11
nominal [1] 57/22
none [1] 4/6
normal [1] 35/7
not [57] 2/21 3/16 3/21 8/1 8/9 9/10 9/17 10/11 10/13 14/1 16/23 17/6 26/14 26/25 27/7 29/16 29/21 31/15 31/18 33/9 35/2 37/11 37/20 37/22 39/2 39/4 41/21 42/5 42/9 42/16 42/19 45/17 45/20 47/6 47/8 47/9 47/19 48/5 48/6 48/25 50/19 51/5 51/25 52/3 54/1 54/7 54/7 55/5 55/9 55/9 56/5 57/2 57/14 58/3 58/5 58/9 58/22
notes [1] 59/19
notice [3] 21/18 32/22 47/23
November [9] 25/12 25/17 28/13 33/7 39/11 41/18 47/14 51/14 51/18
November 2 [1] 41/18
November 2022 [1] 39/11
November 29 [3] 25/12 25/17 28/13
now [37] 3/1 9/9 11/23 12/14 13/15 14/21 15/13 15/23 16/16 17/7 20/4 21/7 21/23 22/14 23/11 24/25 27/15 27/25 29/16 31/25 32/12 37/17 37/19 38/4 40/10 42/21 43/12 43/25 46/3 46/7 46/16 47/5 47/15 50/14 54/14 57/10 57/24
number [5] 11/11 11/13 21/10 23/17 40/4
Number 2 [1] 23/17
numbers [2] 11/3 13/8
numeral [1] 52/17
numerous [3] 8/21

**O**

oath [1] 6/1
objection [2] 27/9 27/11
obligations [4] 25/10 27/2 51/1 51/4
obtained [4] 12/20 28/25 38/24 57/3
obtaining [1] 50/25
OC [2] 43/3 43/4
October [2] 40/18 41/10
October 13 [1] 40/18
October 26 [1] 41/10
off [1] 42/24
offer [2] 19/11 32/22
office [6] 8/6 12/19 12/20 14/16 21/15 56/14
Offices [1] 18/20
Official [1] 59/22
Oh [2] 49/15 51/23
okay [17] 2/10 7/21 10/25 14/18 17/13 21/25 23/14 31/8 39/21 40/2 42/18 45/16 49/8 49/11 50/18 52/13 52/25
old [1] 50/2
once [2] 5/15 51/3
one [19] 4/10 4/25 14/17 14/20 16/3 20/8 30/22 36/6 38/18 43/23 46/1 47/7 47/9 52/8 52/17 52/21 52/22 52/23 55/17
one's [2] 47/6 47/8
only [5] 2/15 7/19 18/5 42/12 48/6
opinion [1] 57/12
opportunity [1] 50/22
opposite [1] 54/4
option [2] 35/5 35/10
orchestrating [1] 56/9
orchestrating...and [1] 56/8
order [4] 6/23 14/9 36/18 39/19
orders [13] 4/11 4/21 6/9 6/12 6/13 6/19 6/25 7/14 7/18 7/24 8/8 8/13 39/23
other [18] 4/25 19/1 19/24 26/14 27/6 29/9 32/21 36/12 37/9 38/6 45/7 46/23 50/7 50/13 53/8 55/23 58/4 58/21
others [1] 4/8
otherwise [2] 56/20 56/22
our [1] 44/25
out [6] 4/2 4/10 5/4 9/9 20/21 58/13
outset [1] 56/13

outside [1] 45/7
over [11] 14/7 7/10 11/14 28/7 31/8 44/17
overlap [1] 58/23
overtly [1] 3/16
own [6] 5/16 7/22 37/9 37/20 39/8 48/22
owned [3] 18/4 48/23 55/16
owner [6] 18/6 30/20 42/12 50/21 55/9 55/9
owners [2] 26/13 38/19 57/22
ownership [4] 54/20 54/22 55/3 55/4
owns [3] 10/19 37/12 42/13

**P**

page [28] 13/1 13/24 15/12 15/18 20/17 21/4 21/7 21/13 21/23 22/8 22/17 22/21 22/21 23/12 23/13 23/16 24/3 24/25 28/13 31/10 31/10 33/18 41/9 43/23 52/5 52/11 52/16 53/19
Page 10 [1] 33/18
Page 11 [1] 31/10
Page 116 [1] 41/9
Page 12 [1] 28/13
Page 16 [1] 43/23
Page 452 [1] 23/16
Page 453 [2] 23/13 24/25
Page 455 [1] 22/17
Page 457 [1] 24/3
pages [8] 12/21 15/9 15/16 21/14 24/2 24/9 24/17 46/25
palatable [1] 41/23
paper [1] 37/25
Papool [13] 6/17 36/4 36/13 38/5 42/7 44/5 44/9 45/4 45/5 45/6 45/9 45/14 45/15
paragraph [25] 19/7 19/14 19/18 19/22 22/14 23/16 23/19 24/25 25/4 27/6 28/21 29/4 29/7 29/9 31/13 32/15 33/19 35/3 35/19 47/15 47/23 52/17 52/23 53/4 53/9
Paragraph 19 [1] 29/4
Paragraph 2 [1] 28/21
Paragraph 27 [3] 33/19 35/3 35/19
Paragraph 4 [3] 22/14 24/25 32/15
paralegal [2] 49/21 49/22
parentheses [1] 42/11
part [2] 4/25 18/13
particular [3] 5/10

parable [1] 45/8
parade [1] 8/24
parade [7] 32/20 32/21 41/17 32/32 32/21 41/17 party [4] 13/2 13/5 39/7 46/23
passed [3] 36/7 38/3 50/8
past [1] 36/15
patent [32] 9/6 12/17 12/19 12/20 14/2 14/4 14/15 14/16 15/3 15/12 17/7 17/14 18/20 20/18 21/8 21/15 22/1 23/7 23/23 24/6 24/11 24/17 25/1 25/11 26/24 28/9 28/17 29/17 29/21 29/23 56/13 56/20
patents [41] 13/9 13/12 14/5 17/10 17/20 18/3 18/4 18/6 18/11 18/14 19/9 19/12 19/16 19/20 19/24 22/8 22/9 22/10 22/11 23/22 23/22 24/18 26/8 26/8 26/15 26/20 27/8 29/1 29/10 29/14 30/3 37/10 48/22 50/25 51/3 51/4 53/8 53/12 53/15 56/15 56/18
pawn [1] 56/10
pay [3] 3/7 3/8 3/13 3/19 3/24 12/1 38/9 39/10 58/16
payable [1] 19/1
paying [3] 12/3 39/13 42/9
payment [1] 5/2
payments [2] 19/1 19/1
peace [1] 41/19
people [1] 45/19
per [2] 43/3 49/22
percent [1] 28/24 39/2 39/3
percentage [2] 38/24 39/4
perhaps [3] 3/7 57/17 58/21
permission [3] 13/24 27/20 57/1
perpetuity [1] 28/25
person [7] 6/16 10/18 37/22 44/13 45/21 45/22 45/23
personal [9] 7/9 7/11 11/21 11/22 11/22 31/21 37/25 57/16 58/22
personally [3] 16/5 39/22 57/5
pertinent [1] 36/11
phone [4] 38/6 38/8 44/12 44/17
physical [1] 9/17
place [2] 29/13 41/18
places [1] 29/10
plaintiff [4] 1/9 1/25 37/7

plan [1] 5/2
plans [3] 3/17
played [1] 56/7
PLC [2] 31/1 32/8
please [10] 2/7 2/8 5/21 6/3 42/20 43/8 46/9 46/10 52/5 53/19
point [7] 5/8 9/9 11/8 33/8 55/4 55/6 59/7
pointed [1] 4/10
possession [1] 9/16
possible [1] 46/11
possibly [2] 37/5 39/16
potential [1] 12/12
potentially [1] 12/4
practice [1] 19/9
prepare [1] 3/1
prepared [1] 41/16
presumably [1] 10/22
principals [3] 41/22 42/11 58/8
printed [1] 20/21
printer [1] 2/22
prior [5] 26/13 34/6 35/4 35/9 41/18
privacy [1] 36/9
probably [10] 11/10 11/10 11/13 13/24 31/17 36/14 39/17 50/6 50/14 50/19
proceed [1] 41/23
proceeding [1] 59/20
proceedings [2] 2/4 59/13
proceeds [2] 28/25 38/24
produce [6] 6/9 14/8 14/10 31/20 31/22 39/24
produced [7] 6/21 6/24 7/1 7/2 20/4 30/25 40/6
production [6] 7/14 8/13 8/15 14/1 43/19 57/8
products [1] 19/11
pronounce [1] 38/16
property [6] 13/8 54/21 54/24 54/25 55/7 55/8
prosecute [1] 18/19
provide [2] 32/21 53/5
provided [2] 6/19 43/18
provides [4] 19/22 28/21 39/7 48/1
PTO [18] 14/6 14/23 15/4 17/8 20/2 23/1 24/13 24/21 29/17 29/21 29/22 30/2 30/5 30/8 30/12 30/13 56/16 56/23
public [2] 29/23 58/18
purchase [1] 28/10
purchased [1] 36/24
purporting [1] 47/2

**P**

put [8]   16/7 29/22
37/24 38/2 39/4
50/16 52/10 54/19
putting [1]   16/5

**Q**

question [6]   3/6
51/2 51/25 53/24
54/10 54/11
questioning [1]
5/16
questions [11]   2/13
5/16 49/3 49/4 49/7
49/13 51/8 51/15
53/24 55/19 55/23
quick [1]   28/8
quite [2]   36/23
55/19
quote [2]   33/24
39/7

**R**

R-I-Q-U-I [1]   41/14
rainy [1]   50/17
range [1]   50/5
rate [1]   35/7
rather [6]   5/2
14/22 17/8 29/8
34/22 55/13
reached [1]   58/13
read [5]   35/13 47/5
52/18 52/19 52/22
reading [3]   27/5
53/1 53/22
ready [1]   42/21
real [1]   28/8
realize [1]   31/23
really [6]   7/25
9/22 53/25 54/10
57/19 58/4
reason [1]   58/4
reasonable [1]
32/21
recall [19]   6/12
9/25 11/6 11/15
11/17 11/25 14/4
14/7 14/14 16/5
23/7 25/16 28/20
30/7 30/9 35/2
44/15 44/16 53/1
receipt [1]   17/15
received [4]   6/23
6/25 7/4 51/3
receiving [2]   13/2
14/2
recognize [3]   12/23
14/24 31/6
recollection [3]
11/9 14/19 25/19
record [2]   5/22
36/1
recordation [1]
21/18
records [2]   9/15
9/18
recover [2]   18/24
58/14
recruiting [2]
57/22 57/22
reduce [4]   3/22
38/12 56/5 59/1
reel [1]   21/10
refer [3]   3/25 57/8
57/10
referrals [1]   59/8

referred [2]   48/2
refers [1]   43/15
refrain [1]   4/4
refuse [3]   3/15
3/16 4/19
regarding [2]   51/4
53/8
regulations [1]
30/13
reimbursement [1]
41/20
related [3]   22/8
23/22 26/8
relating [1]   39/8
releases [1]   26/14
remains [1]   56/3
remarkable [1]
55/19
remember [21]   6/11
7/25 8/3 8/4 8/5
8/9 8/10 12/25
13/25 14/7 14/17
14/19 16/9 17/6
25/20 25/22 30/10
36/5 44/20 48/24
49/1
remind [1]   55/14
remove [1]   38/12
repetitive [1]   8/17
REPORTER [1]   59/16
59/22
represent [5]   33/25
34/9 34/14 34/16
34/24
represented [2]
56/16 56/16
representing [2]
54/10 54/23
represents [1]   30/2
request [3]   38/4
38/11 40/15
requested [1]   41/19
require [1]   26/4
required [2]   14/10
57/25
requiring [1]   6/9
research [1]   55/5
researched [1]   55/6
resolve [1]   57/19
resolved [1]   3/10
respect [3]   26/8
26/15 34/2
respectful [1]   36/8
respectfully [2]
2/14 54/6
respective [1]   57/8
responsibilities [2]
39/22 52/18
responsible [2]   4/1
59/4
result [1]   57/7
results [2]   35/16
35/22
retain [3]   33/25
34/8 34/23
retaining [1]   35/5
35/11
retention [1]   30/25
rethink [1]   4/3
return [1]   10/5
returns [2]   10/6
10/13
review [2]   2/24
48/19
reviewed [3]   46/13

46/16 46/19
Richard [1]   46/18
40/11 41/10 41/13
right [113]
rights [15]   18/24
18/25 19/8 19/18
19/19 19/23 19/24
24/17 26/25 27/7
30/3 35/17 35/23
55/1 55/2
Riqui [2]   41/14
43/9
risk [3]   2/18 12/3
12/11
risks [1]   9/5
road [1]   58/9
role [3]   30/20 56/7
56/8
Roman [1]   52/17
Ron [1]   41/14
royalties [1]   19/1
RPR [1]   59/22
ruling [2]   4/4 4/24
runs [1]   45/16

**S**

said [7]   3/17 9/10
15/3 31/22 35/8
48/19 57/11
same [5]   8/24 21/2
21/3 22/10 22/24
Sanjay [1]   45/17
savings [3]   50/15
50/17 50/19
saw [2]   43/7 46/2
say [13]   2/17 2/19
2/20 6/14 8/20
11/20 15/12 20/10
22/9 26/24 27/13
36/6 59/4
saying [2]   34/15
54/2
says [37]   13/15
13/16 17/9 17/14
17/17 17/21 18/6
18/18 18/22 18/23
19/7 19/14 19/18
20/1 22/24 23/19
24/6 24/17 25/7
25/25 26/11 26/18
29/3 29/9 31/13
32/17 33/24 35/3
35/20 35/24 40/5
41/14 42/8 42/13
43/3 46/16 47/17
says...it [1]   13/2
scanner [1]   2/22
school [1]   54/21
search [7]   7/12
7/15 7/16 8/6 31/20
31/21 39/22
seated [3]   2/7 2/8
6/3
second [6]   2/8 4/9
15/18 15/19 52/7
52/8
Security [2]   50/8
50/9
see [46]   5/4 6/21
8/7 12/21 13/1 13/3
13/6 13/9 13/16
13/19 14/1 15/6
15/14 16/5 16/17
16/20 21/24 22/2
23/17 23/25 24/5
24/7 25/2 25/5

25/14 25/25 26/9
26/20 32/24 33/20
34/4 40/8 40/16
40/19 41/6 41/11
41/15 41/25 42/6
43/10 44/23 46/9
46/14
seeing [1]   24/24
seeks [1]   41/19
seem [1]   11/6
seems [3]   54/3
54/11 55/12
seen [6]   12/24
21/21 36/2 40/21
51/10 51/13
sell [5]   19/10
19/11 19/20 53/11
55/7
seller [2]   28/22
28/22
send [8]   10/6 10/8
16/8 36/11 42/20
46/11 57/20 58/2
sending [3]   7/5 7/8
14/2
sends [1]   4/20
sense [4]   42/17
42/18 42/18 58/16
sent [7]   6/13 10/2
14/4 36/18 43/7
44/3 47/20
sentence [6]   25/25
26/11 26/18 52/22
52/22 53/1
sentences [1]   32/16
September [1]   1/15
served [1]   57/2
service [1]   19/11
services [1]   53/4
sets [1]   31/13
setting [1]   50/24
settle [3]   12/4
47/2 53/17
settled [5]   8/21
8/25 32/2 33/2
33/11
settlement [7]
11/19 18/24 32/19
46/24 47/16 48/16
50/16
shall [4]   28/24
32/17 32/21 39/8
share [1]   28/24
she [17]   2/18 2/19
2/21 3/18 3/24 4/16
4/18 4/18 7/8 44/18
44/19 44/19 46/1
46/2 46/3 46/4
57/14
she'd [1]   4/16
she'll [1]   3/18
she's [2]   51/15
57/13
sheet [13]   12/17
13/9 13/15 14/3
14/5 14/15 15/3
15/6 20/18 21/5
21/9 22/11 29/21
Short [1]   41/20
should [6]   11/5
20/10 33/9 57/17
58/6 59/5
shouldn't [1]   56/9
show [6]   2/20 6/22
20/8 40/2 41/4

43/19
sign [1]   53/22
13/25 14/15 30/7
42/24 46/10 47/6
47/7 48/20 48/20
52/13
sign-off [1]   42/24
signal [1]   58/2
signature [18]
13/19 15/19 15/21
15/23 15/24 15/24
15/25 16/4 16/6
16/7 22/18 22/22
22/25 23/5 31/10
47/18 52/7 52/11
signatures [2]
15/18 52/8
signed [18]   13/23
16/19 17/7 23/9
32/5 32/9 35/20
47/5 47/6 47/8 47/9
47/10 47/19 48/13
48/14 48/16 48/25
53/1
significant [2]
35/16 35/23
signing [7]   9/25
14/14 14/17 14/19
23/7 35/4 35/9
since [3]   11/1 35/8
36/2
single [2]   37/19
37/20
sir [57]   7/19 8/19
9/8 9/14 9/17 9/20
12/22 13/4 13/14
13/18 13/21 14/25
15/7 15/10 16/18
16/23 17/1 17/6
17/21 18/4 18/9
18/21 19/6 20/3
20/3 20/7 20/16
20/20 21/3 21/20
22/3 22/6 22/13
22/20 22/23 23/4
23/6 23/6 23/18
24/1 25/3 26/10
26/17 26/23 27/14
29/3 30/16 31/7
31/11 33/13 35/18
35/24 37/19 39/12
40/9 41/1 43/5
sitting [1]   55/17
situated [1]   2/9
six [1]   43/1
size [1]   21/1
SLANINA [1]   1/24
so [74]
Social [2]   50/8
50/9
sole [3]   10/18
30/20 32/17
solely [1]   55/16
some [5]   4/17 8/17
9/9 28/7 50/15
somebody [11]   6/14
6/15 16/19 16/24
20/21 28/2 36/21
56/13 56/22 58/2
58/21
someone [1]   30/1
something [4]   11/6
22/15 36/23 37/18
sometime [1]   47/20
son [1]   50/3
soon [1]   46/11

**S**

sorry [11]   9/24
10/12 10/13 10/24
18/17 25/23 47/22
49/12 49/15 51/2
52/1
source [1]   50/7
speak [6]   32/5 32/8
33/14 36/4 36/12
39/15
specifically [1]
42/24
spell [1]   5/21
spend [1]   4/12
spoke [4]   8/22 32/1
36/13 39/17
spoken [2]   35/8
38/6
stamped [3]   20/15
31/2 40/7
stand [2]   5/20
55/18
start [3]   6/8 41/8
41/9
started [2]   44/19
45/5
starters [2]   31/9
56/7
starting [1]   21/24
state [2]   5/21
37/13
statement [2]   30/14
54/12
statements [2]
11/18 11/20
STATES [7]   1/1 1/20
5/8 12/19 21/14
30/13 30/15
status [1]   43/8
stays [1]   5/1
stenographic [1]
59/19
step [1]   55/24
steps [1]   56/2
stick [1]   54/23
sticks [1]   54/22
still [4]   10/18
35/25 44/20 48/22
Street [1]   1/18
strictly [2]   45/8
50/9
strong [1]   58/2
stuff [3]   10/2 10/4
36/11
subject [2]   26/20
40/14
sublicense [1]
19/15
submission [1]
35/22
submit [2]   2/23
2/25
submitted [1]   56/13
submitter [1]   13/16
submitting [2]
14/23 35/15
subparagraph [4]
18/10 18/13 18/18
18/23
subsequent [1]   26/4
subset [1]   20/8
successor [1]   26/4
such [2]   4/1 26/20
sue [5]   26/14 41/21
42/16 42/19 48/5
sued [1]   56/25

suggest [1]   56/11
suggesting [1]
53/24
suits [3]   4/13 4/15
57/23
supporting [1]
49/24
suppose [1]   17/24
sure [10]   2/19 5/17
8/12 27/22 31/9
34/7 43/8 45/1 51/9
51/10
surprised [1]   58/19
switch [1]   51/23
sworn [1]   6/1

**T**

table [1]   54/20
take [9]   5/20 26/20
27/1 29/7 34/6 46/7
51/16 52/18 57/4
taken [1]   57/18
taken...that [1]
12/18
talk [2]   8/11 44/9
talked [2]   17/4
28/18
taught [1]   54/23
tax [5]   9/25 10/5
10/6 10/8 10/13
taxes [3]   9/21
10/15 10/22
tell [14]   12/16
23/9 28/5 29/16
30/19 31/17 31/18
39/6 45/3 47/8 47/9
48/10 48/21 58/13
telling [1]   11/25
ten [2]   11/10 11/14
terms [2]   26/5 28/7
Terrace [21]   13/5
16/17 17/2 17/4
17/16 19/14 19/23
22/5 22/19 23/20
24/19 25/13 25/18
26/6 26/13 26/25
27/4 28/10 29/17
29/23 56/21
Terrace's [1]   29/10
terrible [1]   57/20
testified [4]   4/16
6/1 47/12 48/23
testify [1]   3/18
testimony [4]   4/2
31/25 34/6 58/11
Texas [2]   9/16
57/24
text [1]   7/20
than [8]   4/12 5/2
36/12 37/4 37/9
38/6 53/8 58/21
thank [12]   2/10
5/18 6/3 27/11 49/5
49/8 50/20 51/17
54/17 55/21 55/25
59/10
Thanks [1]   20/11
that [334]
that's [38]   2/17
7/25 9/23 10/25
11/12 11/20 15/2
15/14 16/11 17/21
21/20 22/18 23/2
23/16 24/3 24/21
25/24 26/6 29/3
29/12 29/15 30/11

25/24 37/20 38/7
38/7 41/24 42/16
49/3 50/9 50/9
50/16 54/2 54/6
54/22 55/10 56/10
then [37]   3/24 4/23
10/16 13/1 13/8
13/15 16/8 18/10
19/7 19/22 20/17
21/4 21/7 21/13
24/2 24/25 25/24
26/11 26/18 26/24
33/17 35/3 35/19
36/19 38/3 38/12
38/13 43/1 44/7
44/18 45/9 45/10
45/11 46/2 46/24
50/15 58/4
there [17]   3/3 3/6
6/8 6/14 12/3 33/5
33/9 33/12 33/16
36/9 37/24 37/25
43/18 44/20 44/21
44/22 45/15
there's [3]   24/3
33/18 42/6
therefore [1]   34/21
these [19]   4/6 4/17
7/5 9/7 13/13 14/17
16/7 16/7 18/1 19/7
26/15 28/7 40/6
41/8 47/12 49/9
51/3 57/1 57/10
they [32]   3/15 3/16
3/16 3/17 3/19 3/25
5/11 6/20 10/7 14/9
15/9 16/25 18/4
18/5 36/11 36/18
38/11 39/14 41/9
43/6 45/7 45/7 45/8
48/24 50/2 50/9
55/2 55/2 57/3
57/17 57/22 58/19
they're [4]   15/8
48/20 57/22 57/24
they've [1]   58/17
thing [5]   7/19 8/24
30/24 36/6 52/21
things [7]   2/22 4/2
4/5 29/9 36/19
37/25 50/24
think [25]   4/4 4/14
4/20 8/9 8/17 10/10
11/5 18/5 24/15
39/25 42/16 44/19
45/17 46/19 51/24
52/2 53/20 53/21
53/23 55/19 56/7
56/10 56/12 58/6
59/5
thinking [2]   3/7
52/3
third [2]   13/23
53/19
this [114]
those [12]   3/12
4/15 6/12 7/4 7/20

13/12 15/11 36/16
45/15 47/3 49/13
58/24
though [3]   20/24
39/10 45/2
thought [2]   11/7
49/17
thought...did [1]
18/5
thousand [1]   11/7
three [4]   12/21
39/16 45/18 45/19
through [14]   7/21
11/16 11/17 17/8
17/17 20/15 24/12
31/2 38/1 40/7
40/24 41/5 43/23
45/8
tickets [1]   36/24
time [22]   4/16 8/18
11/4 11/15 11/18
18/1 18/2 23/10
28/6 31/7 33/1
33/16 36/9 36/10
36/13 37/1 38/1
38/2 43/12 46/1
48/23 50/4
times [1]   48/18
title [8]   16/11
17/18 18/1 18/7
18/14 23/21 56/15
56/18
titled [4]   15/12
22/1 29/5 56/19
today [11]   2/21
9/13 17/19 21/21
36/22 37/9 39/12
43/6 43/9 46/12
50/13
together [2]   45/6
45/10
told [4]   16/25 30/8
30/22 34/13
tolerate [1]   58/3
tomorrow [1]   43/7
too [2]   22/4 22/9
took [1]   2/18
top [3]   15/15 17/14
43/1
topic [1]   5/14
town [1]   46/2
Trademark [5]   12/19
12/20 14/16 21/15
56/14
transaction [1]
4/11
transcript [1]
59/19
transferred [2]
19/23 24/18
transferring [1]
48/25
transfers [1]   17/18
transmitted [1]
6/23
travel [6]   36/19
36/22 36/23 39/9
39/11 39/13
trouble [1]   27/19
true [3]   16/12 35/8
59/18
truly [2]   14/7
48/18
trusted [1]   48/19
truth [1]   34/7
truthfulness [1]

53/23
49/15 49/16
turn [6]   15/11
29/13 32/16 33/17
52/5 53/19
two [15]   3/13 4/5
15/5 15/9 15/12
15/18 21/14 24/2
24/9 24/17 32/16
33/10 37/19 49/24
52/7
two-page [1]   15/12
typically [3]   4/1
35/16 35/22

**U**

U.S [1]   59/23
Uh [7]   16/21 18/12
18/15 24/22 26/7
43/17 47/22
Uh-huh [7]   16/21
18/12 18/15 24/22
26/7 43/17 47/22
under [6]   6/1 15/19
16/10 19/11 30/12
52/17
understand [11]   3/2
11/24 29/8 46/3
46/17 50/11 54/3
55/4 55/15 57/2
57/16
understanding [16]
7/1 8/14 10/9 12/5
12/7 14/11 17/22
17/25 18/7 18/19
19/5 19/6 24/20
30/12 45/13 50/23
understands [2]
26/12 58/22
understood [2]   8/16
30/22
unit [2]   5/12 59/3
UNITED [7]   1/1 1/20
5/7 12/19 21/14
30/13 30/15
unless [1]   41/17
unnecessary [1]
4/22
until [2]   32/1 43/9
up [5]   11/3 23/13
23/15 27/22 50/24
updates [1]   41/15
upper [1]   24/4
urgent [1]   46/12
us [2]   30/25 36/10
use [5]   19/10 53/14
54/24 54/24 55/8
used [2]   56/25
57/15
using [5]   37/15
56/8 56/14 56/14
56/22
USPTO [1]   18/19
Usually [1]   6/16

**V**

vaguely [1]   6/11
valuable [1]   17/15
verbally [1]   35/14
very [5]   36/8 45/1
52/21 57/17 57/24
victim [2]   57/13
57/14
virtue [1]   27/3

**W**

waive [1]   2/15

**W**

**waiver [2]** 35/16
35/23
**walked [1]** 24/12
**want [16]** 11/11
11/23 27/19 27/20
28/7 28/20 30/24
30/24 31/8 31/9
34/6 37/24 38/2
49/4 49/6 52/19
**wanted [2]** 14/12
27/17
**wants [1]** 42/21
**was [77]**
**wasn't [7]** 31/21
35/13 35/18 36/9
38/2 43/8 52/3
**way [4]** 21/12 22/13
37/14 53/20
**we [34]** 2/18 2/18
2/21 2/23 3/3 3/7
3/20 4/3 5/1 6/21
12/19 14/1 20/10
20/18 21/9 22/11
24/15 27/15 28/18
33/17 36/12 38/13
43/3 43/6 43/19
43/24 47/19 49/17
51/13 51/13 51/23
54/13 56/12 56/19
**we'll [5]** 12/14
20/9 25/24 27/25
31/3
**we've [6]** 27/25
31/19 36/14 38/6
44/11 58/10
**Wednesday [3]** 1/15
41/18 41/24
**week [2]** 2/24 43/8
**weeks [4]** 3/1 36/15
39/16 57/19
**well [19]** 3/6 3/11
3/20 7/4 9/25 10/5
14/9 14/14 20/8
23/13 27/10 34/16
37/22 38/9 45/11
49/6 54/15 56/1
57/2
**went [1]** 3/8
**were [47]** 3/7 6/8
6/19 6/21 7/13 7/18
7/19 7/21 7/23 8/7
8/15 8/18 12/18
12/18 13/12 14/4
14/5 14/9 14/9 15/5
16/25 17/11 18/5
19/19 20/4 20/12
22/11 24/18 28/6
30/8 33/16 34/7
34/18 34/22 35/15
36/8 37/25 38/11
38/13 39/23 48/23
49/17 56/25 57/2
57/17 57/22 57/25
**weren't [1]** 45/7
**what [51]** 7/4 7/8
7/10 8/12 8/16 10/4
10/7 12/14 12/17
15/14 16/2 16/9
17/9 17/21 17/22
18/8 18/13 20/1
21/20 23/9 24/21
24/24 27/25 29/3
29/9 34/14 35/24
36/16 38/17 38/24
39/18 40/2 41/19

42/14 43/4 43/19
46/9 46/12 46/15
46/20 49/20 50/4
51/2 51/12 52/13
54/2 54/4 54/7
54/23 56/10 57/11
**what's [1]** 33/17
**when [20]** 2/19 4/15
5/7 6/14 7/4 11/15
11/18 11/20 33/14
33/15 36/4 38/13
39/15 44/15 44/16
44/20 46/16 47/20
48/23 53/1
**When's [1]** 37/1
**whenever [1]** 27/20
**where [5]** 2/18 42/8
43/3 52/10 54/13
**whether [7]** 3/9
7/13 10/15 14/4
31/15 33/9 58/7
**which [18]** 2/21
8/18 15/19 17/10
17/15 21/7 22/21
22/24 23/12 26/19
27/15 30/2 32/23
33/18 41/4 53/23
55/5 57/23
**while [2]** 8/18
12/16
**who [20]** 3/5 3/6
6/17 10/18 14/22
15/1 16/25 38/15
38/22 44/18 45/11
45/16 46/3 50/3
50/3 54/10 54/21
55/17 56/25 58/22
**whoever [1]** 29/20
**whole [2]** 52/20
52/21
**whom [3]** 12/9 46/22
55/18
**why [10]** 2/25 3/1
3/20 29/16 29/20
30/1 39/4 48/9
48/10 56/6
**will [17]** 4/2 4/4
3/5 5/15 41/23
42/6 43/20 49/16
53/19 55/10 55/22
57/7 57/10 58/3
58/16 59/2 59/3
**willing [3]** 41/21
42/10 51/16
**Wilmington [1]** 1/18
**withdrawal [1]** 36/2
**within [1]** 2/24
**without [8]** 2/22
4/7 4/23 19/9 33/3
42/23 53/17 54/1
**witness [3]** 5/25
55/17 56/2
**won't [1]** 17/16
**word [1]** 56/9
**words [3]** 15/15
27/6 38/14
**work [2]** 45/8 45/8
**worked [5]** 5/4
38/22 45/6 45/10
45/13
**working [3]** 34/19
44/19 45/5
**works [4]** 2/21
44/11 46/3 46/4
**world [2]** 56/17
56/23

**would [38]** 2/19
2/20 2/23 3/13 3/25
4/3 4/12 5/4 6/16
6/17 6/20 8/23 10/6
10/23 14/8 16/7
16/8 16/8 23/20
23/20 24/16 25/7
26/1 29/13 30/8
30/17 36/11 42/10
42/12 46/19 46/19
48/18 49/11 51/7
54/4 55/25 57/20
58/20
**writing [2]** 26/3
38/2
**written [1]** 39/4
**wrong [1]** 11/4
**wrote [1]** 16/3

**Y**

**yeah [3]** 12/3 17/24
21/3
**year [7]** 8/1 36/7
37/4 37/6 37/15
48/25 49/22
**years [2]** 46/1
57/18
**Yep [1]** 21/13
**yes [110]**
**yet [2]** 51/25 56/19
**you [325]**
**you'll [1]** 13/1
**you're [10]** 16/12
49/24 51/15 53/21
53/22 53/24 54/2
55/8 55/9 55/12
**you've [3]** 3/1
20/14 35/8
**your [95]**
**yours [1]** 52/8
**yourself [2]** 29/8
52/18