IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BACKERTOP LICENSING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 22-572-CFC |
| ) | |
| CANARY CONNECT, INC., ) | |
| ) | |
| Defendant. ) | |
| BACKERTOP LICENSING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 22-573-CFC |
| ) | |
| AUGUST HOME, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF JUDGMENT

Whereas on August 21, 2023, the Court found Ms. Lori LaPray, the sole owner and managing member of Plaintiff Backertop Licensing LLC, in civil contempt of court for failing to comply with the Court's May 31, 2023 Memorandum Order (No. 22-572, D.I. 37; No. 22-573, D.I. 40) and July 10, 2023 Order (No. 22-572, D.I. 46; No. 22-573, D.I. 50) and refusing to participate further in these proceedings, D.I. 57;

Whereas the Court ordered Ms. LaPray to pay, beginning August 23, 2023, a contempt fine of $200 for each day that the Court was open and Ms. LaPray did not appear in Court for a hearing, D.I. 57;

Whereas Ms. LaPray and Backertop appealed the Court's contempt order to the Federal Circuit;

Whereas the Federal Circuit affirmed the Court's contempt order, *Backertop Licensing LLC v. Canary Connect, Inc.*, 107 F.4th 1335 (Fed. Cir. 2024), and issued its mandate to this Court on August 22, 2024;

Whereas Ms. LaPray appeared for a hearing and cured her contempt on September 18, 2024, at which point the contempt fine totaled $53,000; and

Whereas Ms. LaPray has not yet paid the $53,000 contempt fine;

NOW THEREFORE, at Wilmington on this Twenty-fourth day of September in 2024, it is HEREBY ORDERED that JUDGMENT against Lori LaPray in the amount of $53,000 in favor of the United States is HEREBY ENTERED and is due and payable immediately to the United States District Court for the District of Delaware.

                                              */s/ Colm F. Connolly*
                                                                        CHIEF JUDGE